IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN DELATTE and
REBA DELATTE,

       Plaintiffs,

                                            Case No:1:08-CV-206-SPM/AK

v.

A.W. CHESTERTON COMPANY, et. al.,

       Defendants

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal of Plaintiffs, John Delatte and Reba Delatte Smiths Aerospace, L.L.C., n/k/a GE Aviation Systems, LLC, a subsidiary of General Electric Company, and General Electric Company, and pursuant to Fed. R. Civ. P. 41(a), it is hereby

ORDERED and ADJUDGED that the claims of Plaintiffs, John and Reba Delatte, against Smiths Aerospace, L.L.C., n/k/a GE Aviation Systems, LLC, a subsidiary of General Electric Company, and General Electric Company are *dismissed with prejudice*, each party to bear its own fees and costs.  Any pending motions as to these claims are *denied as moot*.

DONE and ORDERED on the twenty-fourth day of October, 2008.

                                               *s/ Stephan P. Mickle*

                                               Stephan P. Mickle
                                             United States District Judge