1-08-cv-206
SPM/AK



Fw: Activity in Case MDL No. 875 IN RE: Asbestos Products Liability Litigation (No. VI) CRO Final Minute Order (Clerks)
Sheila Hurst-Rayborn to: Kelli Malu                    04/11/2011 08:39 AM
Cc: Blair Patton

FYI

Sheila Hurst-Rayborn
Chief Deputy Clerk
Northern District of Florida
850-521-3535
----- Forwarded by Sheila Hurst-Rayborn/FLND/11/USCOURTS on 04/11/2011 08:39 AM -----

| | |
|---|---|
| From: | JPMLCMECF@jpml.uscourts.gov |
| To: | JPMLCMDECF@jpml.uscourts.gov |
| Date: | 04/11/2011 08:15 AM |
| Subject: | Activity in Case MDL No. 875 IN RE: Asbestos Products Liability Litigation (No. VI) CRO Final Minute Order (Clerks) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

## United States

## United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/11/2011 at 8:15 AM EDT and filed on 4/11/2011

| | |
|---|---|
| **Case Name:** | IN RE: Asbestos Products Liability Litigation (No. VI) |
| **Case Number:** | MDL No. 875 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 04/11/2011. Please see pleading ([4] in FLN/1:08-cv-00206, [6973] in MDL No. 875, [4] in NCE/4:90-cv-00060, [4] in NCW/4:94-cv-00066, [4] in SC/9:00-cv-03042).**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed,**

no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish E.D. Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/11/2011.

**Associated Cases:** MDL No. 875, FLN/1:08-cv-00206, NCE/4:90-cv-00060, NCW/4:94-cv-00066, SC/9:00-cv-03042 (Littleton, Tarrell)

| Case Name: | MALPASS et al v. ARMSTRONG WORLD INDUSTRIES et al |
|---|---|
| Case Number: | NCE/4:90-cv-00060 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 04/11/2011. Please see pleading ( 4 in FLN/1:08-cv-00206, [6973] in MDL No. 875, 4 in NCE/4:90-cv-00060, 4 in NCW/4:94-cv-00066, 4 in SC/9:00-cv-03042).

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish E.D. Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/11/2011.

**Associated Cases:** MDL No. 875, FLN/1:08-cv-00206, NCE/4:90-cv-00060, NCW/4:94-cv-00066, SC/9:00-cv-03042 (Littleton, Tarrell)

CORBIN et al v. OWENS-CORNING FIBERGLAS CORPORATION et

| Case Name: | al |
|---|---|
| Case Number: | SC/9:00-cv-03042 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 04/11/2011. Please see pleading ( 4 in FLN/1:08-cv-00206, [6973] in MDL No. 875, 4 in NCE/4:90-cv-00060, 4 in NCW/4:94-cv-00066, 4 in SC/9:00-cv-03042).**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish E.D. Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/11/2011.**

**Associated Cases: MDL No. 875, FLN/1:08-cv-00206, NCE/4:90-cv-00060, NCW/4:94-cv-00066, SC/9:00-cv-03042 (Littleton, Tarrell)**

| Case Name: | BRACKETT et al v. ABEX CORPORATION et al |
|---|---|
| Case Number: | NCW/4:94-cv-00066 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 04/11/2011. Please see pleading ( 4 in FLN/1:08-cv-00206, [6973] in MDL No. 875, 4 in NCE/4:90-cv-00060, 4 in NCW/4:94-cv-00066, 4 in SC/9:00-cv-03042).**

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish E.D. Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/11/2011.

Associated Cases: MDL No. 875, FLN/1:08-cv-00206, NCE/4:90-cv-00060, NCW/4:94-cv-00066, SC/9:00-cv-03042 (Littleton, Tarrell)

| | |
|---|---|
| Case Name: | DELATTE et al v. A W CHESTERTON COMPANY et al |
| Case Number: | FLN/1:08-cv-00206 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 04/11/2011. Please see pleading ( 4 in FLN/1:08-cv-00206, [6973] in MDL No. 875, 4 in NCE/4:90-cv-00060, 4 in NCW/4:94-cv-00066, 4 in SC/9:00-cv-03042).

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish E.D. Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/11/2011.

**Associated Cases:** MDL No. 875, FLN/1:08-cv-00206, NCE/4:90-cv-00060, NCW/4:94-cv-00066, SC/9:00-cv-03042 (Littleton, Tarrell)

No public notice (electronic or otherwise) sent because the entry is private