1-08-cv-206
SPM/AK

Fw: Activity in Case MDL No. 875 IN RE: Asbestos Products Liability Litigation (No. VI) Finalized Conditional Remand Order
Sheila Hurst-Rayborn  to: Kelli Malu                                    04/11/2011 08:38 AM
Cc: Blair Patton

FYI

Sheila Hurst-Rayborn
Chief Deputy Clerk
Northern District of Florida
850-521-3535
----- Forwarded by Sheila Hurst-Rayborn/FLND/11/USCOURTS on 04/11/2011 08:37 AM -----

| | |
|---|---|
| From: | JPMLCMECF@jpml.uscourts.gov |
| To: | JPMLCMDECF@jpml.uscourts.gov |
| Date: | 04/11/2011 08:10 AM |
| Subject: | Activity in Case MDL No. 875 IN RE: Asbestos Products Liability Litigation (No. VI) Finalized Conditional Remand Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 4/11/2011 at 8:08 AM EDT and filed on 4/11/2011

| | |
|---|---|
| **Case Name:** | IN RE: Asbestos Products Liability Litigation (No. VI) |
| **Case Number:** | MDL No. 875 |
| **Filer:** | |
| **Document Number:** | 6973 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ([2] in FLN/1:08-cv-00206, [6943] in MDL No. 875, [2] in NCE/4:90-cv-00060, [2] in NCW/4:94-cv-00066, [2] in SC/9:00-cv-03042) ) - 4 action(s) - Inasmuch as no objection is pending at this**

time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/11/2011.

Associated Cases: MDL No. 875, FLN/1:08-cv-00206, NCE/4:90-cv-00060, NCW/4:94-cv-00066, SC/9:00-cv-03042 (Littleton, Tarrell)

| | |
|---|---|
| Case Name: | MALPASS et al v. ARMSTRONG WORLD INDUSTRIES et al |
| Case Number: | NCE/4:90-cv-00060 |
| Filer: | |
| Document Number: | 4 |

Docket Text:
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( 2 in FLN/1:08-cv-00206, [6943] in MDL No. 875, 2 in NCE/4:90-cv-00060, 2 in NCW/4:94-cv-00066, 2 in SC/9:00-cv-03042) ) - 4 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/11/2011.

Associated Cases: MDL No. 875, FLN/1:08-cv-00206, NCE/4:90-cv-00060, NCW/4:94-cv-00066, SC/9:00-cv-03042 (Littleton, Tarrell)

| | |
|---|---|
| Case Name: | CORBIN et al v. OWENS-CORNING FIBERGLAS CORPORATION et al |
| Case Number: | SC/9:00-cv-03042 |
| Filer: | |
| Document Number: | 4 |

Docket Text:
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( 2 in FLN/1:08-cv-00206, [6943] in MDL No. 875, 2 in NCE/4:90-cv-00060, 2 in NCW/4:94-cv-00066, 2 in SC/9:00-cv-03042) ) - 4 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel Jeffery N. Luthi on 4/11/2011.

Associated Cases: MDL No. 875, FLN/1:08-cv-00206, NCE/4:90-cv-00060, NCW/4:94-cv-00066, SC/9:00-cv-03042 (Littleton, Tarrell)

| | |
|---|---|
| Case Name: | BRACKETT et al v. ABEX CORPORATION et al |
| Case Number: | NCW/4:94-cv-00066 |

**Filer:**
**Document Number:** 4

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( 2 in FLN/1:08-cv-00206, [6943] in MDL No. 875, 2 in NCE/4:90-cv-00060, 2 in NCW/4:94-cv-00066, 2 in SC/9:00-cv-03042) ) - 4 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/11/2011.**

**Associated Cases:** MDL No. 875, FLN/1:08-cv-00206, NCE/4:90-cv-00060, NCW/4:94-cv-00066, SC/9:00-cv-03042 (Littleton, Tarrell)

| | |
|---|---|
| **Case Name:** | DELATTE et al v. A W CHESTERTON COMPANY et al |
| **Case Number:** | FLN/1:08-cv-00206 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( 2 in FLN/1:08-cv-00206, [6943] in MDL No. 875, 2 in NCE/4:90-cv-00060, 2 in NCW/4:94-cv-00066, 2 in SC/9:00-cv-03042) ) - 4 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/11/2011.**

**Associated Cases:** MDL No. 875, FLN/1:08-cv-00206, NCE/4:90-cv-00060, NCW/4:94-cv-00066, SC/9:00-cv-03042 (Littleton, Tarrell)

**MDL No. 875 Notice has been electronically mailed to:**

David C Landin DLandin@Hunton.com

Peter G Angelos mjolley@lawpga.com

**MDL No. 875 Notice will not be electronically mailed to:**

**NCE/4:90-cv-00060 Notice has been electronically mailed to:**

Timothy W Bouch tbouch@leathbouchlaw.com

Richard V Bennett rbennett@bennett-guthrie.com

Donald E Britt, Jr danny@thebrittlawfirm.com

Carter T Lambeth ctl@johnsonandlambeth.com

V Brian Bevon bbevon@motleyrice.com

KENNETH K. KYRE, JR kkyre@pckb-law.com

**NCE/4:90-cv-00060 Notice will not be electronically mailed to:**

**SC/9:00-cv-03042 Notice has been electronically mailed to:**

James B Pressly, Jr jpressly@hsblawfirm.com

WILLIAM THOMAS CAUSBY (Terminated) tom.causby@nelsonmullins.com

Robert H Hood info@hoodlaw.com

Robert O Meriwether (Terminated) robert.meriwether@nelsonmullins.com

David G Traylor, Jr (Terminated) david.traylor@nelsonmullins.com

James D Gandy, III trippgandy@phsm.net

William David Conner dconner@hsblawfirm.com

ROBERT BRUCE SHAW (Terminated) bruce.shaw@nelsonmullins.com

**SC/9:00-cv-03042 Notice will not be electronically mailed to:**

**NCW/4:94-cv-00066 Notice has been electronically mailed to:**

JOHN A. GARDNER, III (Terminated) jgardner@hedrickeatman.com

Kenneth K Kyre, Jr. KKyre@pckb-law.com

Kirk G Warner (Terminated) kwarner@smithlaw.com

MICHAEL J. BRICKMAN mbrickman@rpwb.com

H. Blair Hahn bhahn@rpwb.com, adias@rpwb.com

Shannon S Frankel ssf@youngmoorelawfirm.com

HARRY LEE DAVIS, JR ldavis@davisandhamrick.com

JEREMY TODD CANIPE (Terminated) jcanipe@hedrickgardner.com

**NCW/4:94-cv-00066 Notice will not be electronically mailed to:**

**FLN/1:08-cv-00206 Notice has been electronically mailed to:**

Susan J Cole (Terminated) cole@bicecolelaw.com

M. Stephen Smith, III ssmith@rumberger.com

James C Stroud (Terminated) jstroud@rawle.com

Frances L Spinelli (Terminated) flspinelli@ewhlaw.com

Hugh J Turner, Jr (Terminated) hugh.turner@akerman.com, david.grasher@akerman.com, emily.bartkowicz@akerman.com

Daniel A Casey dan.casey@klgates.com

Steven A Edelstein (Terminated) SteveE@saelaw.com

ANTHONY NOLAN UPSHAW (Terminated) aupshaw@mwe.com

Julie Feigeles (Terminated) jf@adorno.com

TRACY E. TOMLIN tracy.tomlin@nelsonmullins.com

EDWARD J. BRISCOE (Terminated) ejb@fowler-white.com, mfernandez@fowler-white.com, shoag@fowler-white.com

Evelyn Fletcher Davis (Terminated) edavis@hplegal.com

Peter J Frommer pfrommer@hinshawlaw.com

RICHARD M. LAUTH (Terminated) rmlauth@ewhlaw.com

Christopher J.M Collings ccollings@morganlewis.com

David Aaron Jagolinzer daj@ferrarolaw.com

Daniel Alberto Garcia (Terminated) dgarcia@hinshawlaw.com

Kathleen M LaBarge labarge@bicecolelaw.com

Michael Roland Holt (Terminated) mholt@rumberger.com

Brenda Godfrey (Terminated) brenda.godfrey@sdma.com

Helaine S Goodner (Terminated) hgoodner@fowler-white.com

Case A Dam cxd@ferrarolaw.com

Rebecca Carrie Kibbe (Terminated) rebecca.kibbe@klgates.com

Marty Fulgueira Elfenbein (Terminated) melfenbein@rumberger.com

Beranton James Whisenant, Jr bwhisenant@foleymansfield.com, mperalta@foleymansfield.com

Gustavo Javier Membiela (Terminated) gmembiela@hunton.com

David A Jagolinzer daj@ferrarolaw.com

Peter A Santos (Terminated) psantos@nexsenpruet.com

Michael J Zukowski (Terminated) michael.zukowski@klgates.com

M. Stephen Smith, III (Terminated) ssmith@rumberger.com

Virginia Easley Johnson (Terminated) vjohnson@foleymansfield.com

Jason L Groch (Terminated) jgroch@hptylaw.com

JORDAN MATTHEW KIRBY JMK@ferrarolaw.com

CHRIS NICK KOLOS (Terminated) chris.kolos@hklaw.com

KATHLEEN MARGARET LABARGE (Terminated) labarge@bicecolelaw.com

DANIEL ARTHUR CASEY (Terminated) dan.casey@klgates.com

BROOKE LISA EHRLICH (Terminated) behrlich@rumberger.com

TANYA MICHELLE LAWSON (Terminated) tanya.lawson@sdma.com

ALEJANDRA HERNANDEZ PENNIE (Terminated) apennie@hunton.com

COREY LEE (Terminated) leec@hunton.com

PETER JOEL FROMMER (Terminated) pfrommer@hinshawlaw.com

NICKOLAS CHARLES BERRY nberry@hinshawlaw.com

THOMAS R. YAEGERS thomas.yaegers@akerman.com

BERANTON J. WHISENANT (Terminated) bwhisenant@foleymansfield.com

CHRISTOPHER COLLINGS (Terminated) ccollings@morganlewis.com

**FLN/1:08-cv-00206 Notice will not be electronically mailed to:**

MARK CHRISTOPHER GREENE
BANKER LOPEZ GASSLER PA
501 E KENNEDY BLVD
SUITE 1500
TAMPA, FL 33602

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/11/2011]
[FileNumber=179740-0]
[95cbe3f2c0004d8a88ba6621cff5003a615abb0f8c23fcc721604215bad3468eb1050
6f3b5abfe1d0f4152bc00fed0aa23398886e55a22bc3eb3a08f2b2fcf51]]