UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

1-09cv-206-MP/
GRJ

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI)  MDL 875
**Conditional Remand Order**

Dear Sir/Madam:

The enclosed **certified copy of** a Conditional Remand Order is being mailed to you. This order has been issued by the Judicial Panel on Multidistrict Litigation directing each of the cases on the attached list to be remanded back to your court. Pursuant to this order, please file this certified copy in your specific case and re-open the case in your court now that the Panel has returned jurisdiction of this case to you. Any questions please contact me at (267) 299-7018. Thank You and Have a Good Day.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure

Filed0415'11UsDcFln1PM1250

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has, in the actions on this conditional remand order: (1) severed all claims for punitive or exemplary damages; and (2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action(s) on this conditional remand order except the severed damages claims be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Apr 11, 2011**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 4-11-11

ATTEST: Tom Dempsey

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 09−69578 | FLN | 1 | 08−00206 | DELATTE et al v. A W CHESTERTON COMPANY et al |
| PAE | 2 | 06−68065 | NCE | 4 | 90−00060 | MALPASS et al v. ARMSTRONG WORLD INDUSTRIES et al |
| PAE | 2 | 06−69211 | NCW | 4 | 94−00066 | BRACKETT et al v. ABEX CORPORATION et al |
| PAE | 2 | 07−61540 | SC | 9 | 00−03042 | CORBIN et al v. OWENS−CORNING FIBERGLAS CORPORATION et al |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:09-cv-69578-ER
## Internal Use Only

DELATTE et al v. A W CHESTERTON COMPANY et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
Case in other court: FLORIDA NORTHERN, 08-00206
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 06/01/2009
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

### Plaintiff

**JOHN DELATTE**                                represented by **DAVID A. JAGOLINZER**
FERRARO LAW FIRM
4000 PONCE DE LEON BLVD
SUITE 700
CORAL GABLES, FL 33146
305-375-0111
Email: daj@ferrarolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CASE A. DAM**
FERRARO LAW FIRM
4000 PONCE DE LEON BLVD STE
700
MIAMI, FL 33146
305-375-0111
Email: cxd@ferrarolaw.com
*ATTORNEY TO BE NOTICED*

**JORDAN MATTHEW KIRBY**
THE FERRARO LAW FIRM
4000 PONCE DE LEON BLVD
SUITE 700
MIAMI, FL 33146
305-375-0111
Email: JMK@ferrarolaw.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

**REBA DELATTE**                                represented by **DAVID A. JAGOLINZER**
*HIS WIFE*                                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CASE A. DAM**

(See above for address)
*ATTORNEY TO BE NOTICED*

**JORDAN MATTHEW KIRBY**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

## A W CHESTERTON COMPANY

**Defendant**

**ALFA LAVAL INC.**
*FORMERLY KNOWN AS DELAVAL
INC*
*TERMINATED: 02/18/2011*

represented by **PETER A. SANTOS**
NEXSEN PRUET PLLC
227 WEST TRADE ST
SUITE 1550
CHARLOTTE, NC 28202
704-339-0304
Fax: 704-338-5377
Email: psantos@nexsenpruet.com
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**CHRIS NICK KOLOS**
HOLLAND & KNIGHT
200 S ORANGE AVE STE 2600
PO BOX 1526
ORLANDO, FL 32802
407-244-1165
Email: chris.kolos@hklaw.com
*TERMINATED: 02/18/2011*

**Defendant**

**BUFFALO PUMPS INC**
*TERMINATED: 02/28/2011*

represented by **KATHLEEN MARGARET
LABARGE**
BICE COLE LAW FIRM PL
999 PONCE dELEON BLVD
SUITE 710
CORAL GABLES, FL 33134
305-444-1225
Email: labarge@bicecolelaw.com
*TERMINATED: 05/25/2010*
*LEAD ATTORNEY*

**SUSAN J. COLE**
BICE COLE LAW FIRM, PC
999 PONCE dE LEON
SUITE 710

CORAL GABLES, FL 33134
305-444-1225
Email: cole@bicecolelaw.com
*TERMINATED: 02/28/2011*
*LEAD ATTORNEY*

**BRENDA GODFREY**
BICE COLE LAW FIRM, PC
999 PONCE dE LEON BLVD
SUITE 710
CORAL GABLES, FL 33134
305-444-1225
Email: brenda.godfrey@sdma.com
*TERMINATED: 02/28/2011*

#### Defendant

**CARRIER CORPORATION**
*TERMINATED: 03/02/2011*

represented by **HUGH J. TURNER , JR.**
AKERMAN SENTERFITT
LAS OLAS CENTRE II SUITE 1600
350 EAST LAS OLAS BLVD
FORT LAUDERDALE, FL 33301-
2229
954-463-2700
Email: hugh.turner@akerman.com
*TERMINATED: 03/02/2011*
*LEAD ATTORNEY*

#### Defendant

**CRANE CO**
*INDIVIDUALLY OTHER CHAPMAN*
*VALVE MFG CO*
*TERMINATED: 02/18/2011*

represented by **DANIEL AARON CASEY**
K&LGATES LLP
200 S BISCAYNE BLVD STE 3900
MIAMI, FL 33131
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**REBECCA CARRIE KIBBE**
K&L GATES LLP
200 S BISCAYNE BLVD STE 3900
WACHOVIA FIN CTR
MIAMI, FL 33131
305-539-3300
Email: rebecca.kibbe@klgates.com
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**DANIEL ARTHUR CASEY**
K&L GATES LLP
WACHOVIA FIN CTR STE 3900
200 S BISCAYNE BLVD
MIAMI, FL 33131

305-539-3300
Email: dan.casey@klgates.com
*TERMINATED: 02/18/2011*

**MICHAEL J. ZUKOWSKI**
K&L GATES
K&L GATES CENTER
201 SIXTH AVE
PITTSBURGH, PA 15222-2613
412/355-6500
Email: michael.zukowski@klgates.com
*TERMINATED: 02/18/2011*

**Defendant**

**CURTISS-WRIGHT**
**CORPORATION**
*TERMINATED: 03/02/2011*

represented by **M. STEPHEN SMITH , III**
RUMBERGER, KIRK, CALDWELL
80 S.W. 8TH STREET
SUITE 3000
MIAMI, FL 33130
305-358-5577
Email: ssmith@rumberger.com
*TERMINATED: 03/02/2011*
*LEAD ATTORNEY*

**BROOKE LISA EHRLICH**
RUMBERGER KIRK & CALDWELL
BRICKELL BAYVIEW CENTRE
80 SW 8TH STREET
SUITE 3000
MIAMI, FL 33130-304
305-358-5577
Email: behrlich@rumberger.com
*TERMINATED: 03/02/2011*

**JAMES C. STROUD**
RAWLE & HENDERSON
ONE SOUTH PENN SQUARE
THE WIDENER BLDG., 16th FL.
PHILADELPHIA, PA 19107-3519
215-575-4305
Fax: 215-563-2583
Email: jstroud@rawle.com
*TERMINATED: 03/02/2011*

**MARTY FULGUEIRA ELFENBEIN**

RUMBERGER KIRK CALDWELL
BRICKELL BAYVIEW CTR STE
3000
80 SW 8TH ST

MIAMI, FL 33130
305-358-5577
Email: melfenbein@rumberger.com
*TERMINATED: 03/02/2011*

**Defendant**

**EATON AEROSPACE LLC**                represented by **STEVEN A. EDELSTEIN**
*FORMERLY KNOWN AS EATON*                            LAW OFFICES OF STEVEN A.
*AEROQUIP INC*                                        EDELSTEIN
*TERMINATED: 02/14/2011*                              BILTIMORE HOTEL AND
                                                      EXECUTIVE OFFICE
                                                      1200 ANASTASIA AVENUE
                                                      SUITE 300
                                                      CORAL GABLES, FL 33134
                                                      305-444-5660
                                                      Email: SteveE@saelaw.com
                                                      *TERMINATED: 02/14/2011*
                                                      *LEAD ATTORNEY*

**Defendant**

**FOSTER WHEELER ENERGY**               represented by **TANYA MICHELLE LAWSON**
**CORPORATION**                                        SEDGWICK DETERT MORAN &
*FORMERLY KNOWN AS FOSTER*                             ARNOLD LLP
*WHEELER CORPORATION*                                  2400 EAST COMMERCIAL
*TERMINATED: 03/02/2011*                               BOULDVARD
                                                       SUITE 1100
                                                       FORT LAUDERDALE, FL 33308-
                                                       3092
                                                       954-958-2500
                                                       Fax: 954-958-2513
                                                       Email: tanya.lawson@sdma.com
                                                       *TERMINATED: 03/02/2011*
                                                       *LEAD ATTORNEY*

**Defendant**

**GARLOCK SEALING**
**TECHNOLOGY**
*FORMERLY KNOWN AS GARLOCK*
*INC*

**Defendant**

**GENERAL MOTORS**
**CORPORATION**

**Defendant**

**GOODRICH CORPORATION**               represented by **GUSTAVO JAVIER MEMBIELA**
*FORMERLY KNOWN AS THE B F*                            HUNTON & WILLIAMS LLP
*GOODRICH COMPANY*                                     1111 BRICKELL AVE STE 2500
*TERMINATED: 02/18/2011*                               MIAMI, FL 33131
                                                       *TERMINATED: 02/18/2011*

*LEAD ATTORNEY*

**ALEJANDRA HERNANDEZ PENNIE**
HUNTON & WILLIAMS
1111 BRICKELL AVE STE 2500
MIAMI, FL 33131
305-810-2500
Email: apennie@hunton.com
*TERMINATED: 02/18/2011*

**COREY LEE**
HUNTON & WILLIAMS
1111 BRICKELL AVE
STE 2500-BARCLAYS FIN CTR
MIAMI, FL 33131
305-810-2500
Email: leec@hunton.com
*TERMINATED: 02/18/2011*

**Defendant**

**GOODYEAR TIRE AND RUBBER COMPANY**
*TERMINATED: 02/18/2011*

represented by **REBECCA CARRIE KIBBE**
(See above for address)
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**SUSAN J. COLE**
(See above for address)
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**BRENDA GODFREY**
(See above for address)
*TERMINATED: 02/18/2011*

**Defendant**

**GOULDS PUMPS**
*TERMINATED: 02/18/2011*

represented by **PETER JOEL FROMMER**
HINSHAW & CULBERTSON LLP
ONE E BROWARD BLVD
STE 1010
FT LAUDERDALE, FL 33301
954-467-7900
Fax: 954-467-1024
Email: pfrommer@hinshawlaw.com
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**DANIEL ALBERTO GARCIA**
HINSHAW & CULBERTSON LLP
ONE EAST BROWARD BLVD STE

1010
FORT LAUDERDALE, FL 33301
954-467-7900
Email: dgarcia@hinshawlaw.com
*TERMINATED: 02/18/2011*

**Defendant**

**HENNESSY INDUSTRIES**
*TERMINATED: 02/05/2010*

represented by **MARK CHRISTOPHER GREENE**
BANKER LOPEZ GASSLER PA
501 E KENNEDY BLVD
SUITE 1500
TAMPA, FL 33602
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HONEYWELL INTERNATIONAL INC**
*FORMERLY KNOWN AS ALLIED SIGNAL OTHER ALLIED CORPORATION OTHER BENDIX CORPORATION*
*TERMINATED: 10/14/2010*

represented by **ANTHONY NOLAN UPSHAW**
MCDERMOTT WILL & EMERY
201 SOUTH BISCAYNE
BOULEVARD
22ND FLOOR
MIAMI, FL 33131
305-347-6540
Email: aupshaw@mwe.com
*TERMINATED: 10/14/2010*
*LEAD ATTORNEY*

**JULIE FEIGELES**
ADORNO YOSS
2525 PONCE DE LEON BLVD
SUITE 400
MIAMI, FL 33134
305-460-1454
Email: jf@adorno.com
*TERMINATED: 10/14/2010*

**Defendant**

**IMO INDUSTRIES INC**
*TERMINATED: 02/28/2011*

represented by **KATHLEEN MARGARET LABARGE**
(See above for address)
*TERMINATED: 05/25/2010*
*LEAD ATTORNEY*

**SUSAN J. COLE**
(See above for address)
*TERMINATED: 02/28/2011*
*LEAD ATTORNEY*

**BRENDA GODFREY**
(See above for address)

*TERMINATED: 02/28/2011*

**Defendant**

**INGERSOLL-RAND COMPANY**
*TERMINATED: 02/18/2011*

represented by **STEVEN A. EDELSTEIN**
(See above for address)
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**Defendant**

**JOHN CRANE**
*TERMINATED: 02/18/2011*

represented by **M. STEPHEN SMITH , III**
(See above for address)
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**BROOKE LISA EHRLICH**
(See above for address)
*TERMINATED: 02/18/2011*

**MICHAEL ROLAND HOLT**
RUMBERGER KIRK CALDWELL
BRICKELL BAYVIEW CTR STE
3000
80 SW 8TH ST
MIAMI, FL 33130
305-358-3577
Email: mholt@rumberger.com
*TERMINATED: 02/18/2011*

**Defendant**

**LESLIE CONTROLS INC**

represented by **NICKOLAS CHARLES BERRY**
HINSHAW CULBERTSON
1 E BROWARD BLVD STE 1010
FT LAUDERDALE, FL 33301
954-467-7900
Fax: 954-467-1024
Email: nberry@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PETER JOEL FROMMER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MEGGITT AIRCRAFT BRAKING
SYSTEMS CORPORATION**
*FORMERLY KNOWN AS AIRCRAFT
BRAKING SYSTEMS CORPORATION*
*TERMINATED: 02/18/2011*

represented by **KATHLEEN MARGARET
LABARGE**
(See above for address)
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**SUSAN J. COLE**
(See above for address)
*TERMINATED: 02/18/2011*

**Defendant**

**OWENS-ILLINOIS INC**
*TERMINATED: 04/08/2011*

represented by **TRACY E. TOMLIN**
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
100 NORTH TRYON ST., 42ND FL
CHARLOTTE, NC 28202
704-417-3101
Email:
tracy.tomlin@nelsonmullins.com
*TERMINATED: 04/08/2011*
*LEAD ATTORNEY*

**Defendant**

**PARKER-HANNIFAN
CORPORATION**
*OTHER CLEVELAND WHEELS &
BRAKES*
*TERMINATED: 02/18/2011*

represented by **KATHLEEN MARGARET
LABARGE**
(See above for address)
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**SUSAN J. COLE**
(See above for address)
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**Defendant**

**PNEUMO ABEX LLC**
*OTHER PNEUMO ABEX
CORPORATION*

represented by **THOMAS R. YAEGERS**
AKERMAN SENTERFITT
420 S ORANGE AVE STE 1200
ORLANDO, FL 32801
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**VIACOM INC**
*INDIVIDUALLY FORMERLY KNOWN
AS WESTINGHOUSE ELECTRIC
CORPORATION OTHER BF
STURTEVANT CO OTHER CBS
CORPORATION*
*TERMINATED: 02/28/2011*

represented by **RICHARD M. LAUTH**
EVERT & WEATHERSBY
3405 PEIDMONT ROAD
SUITE 225
ATLANTA, GA 30305
678-651-1200
Email: rmlauth@ewhlaw.com
*TERMINATED: 02/28/2011*
*LEAD ATTORNEY*

**FRANCES L. SPINELLI**
EVERT WEATHERSBY HOURFF

3405 PIEDMONT RD SUITE 200
ATLANTA, GA 30305
678-651-1244
Email: flspinelli@ewhlaw.com
*TERMINATED: 02/28/2011*

**Defendant**

**VIAD CORP**
*INDIVIDUALLY FORMERLY KNOWN*
*AS DIAL CORPORATION OTHER*
*GRISCOM RUSSELL COMPANY*
*TERMINATED: 02/18/2011*

represented by **BERANTON J. WHISENANT**
FOLEY & MANSFIELD
4770 BISCAYNE BOULEVARD
SUITE 1000
MIAMI, FL 33137
305-438-9899
Email:
bwhisenant@foleymansfield.com
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**VIRGINIA EASLEY JOHNSON**
FOLEY & MANSFIELD
4770 BISCAYNE BOULEVARD
SUITE 1000
MIAMI, FL 33137
305-438-9899
Email: vjohnson@foleymansfield.com
*TERMINATED: 02/18/2011*
*LEAD ATTORNEY*

**Defendant**

**WARREN PUMPS LLC**
*INDIVIDUALLY OTHER QUIMBY*
*PUMP COMPANY*
*TERMINATED: 02/28/2011*

represented by **EVELYN FLETCHER DAVIS**
HAWKINS PARNELL LLP
4000 SUNTRUST PLAZA
303 PEACHTREE ST NE
ATLANTA, GA 30308
404-614-7400
Email: edavis@hplegal.com
*TERMINATED: 02/28/2011*
*LEAD ATTORNEY*

**JASON L. GROCH**
HAWKINS & PARNELL
THACKSTON & YOUNG LLP
4000 SUNTRUST PLZ
303 PEACHTREE ST NE
ATLANTA, GA 30308-3243
404-614-7540
Email: jgroch@hptylaw.com
*TERMINATED: 02/28/2011*

**Defendant**

**YARWAY CORPORATION**
*TERMINATED: 02/16/2011*

represented by **CHRISTOPHER COLLINGS**
MORGAN LEWIS BOCKIUS LLP
200 S BISCAYNE BLVD STE 5300
MIAMI, FL 33131
305-415-3000
Email: ccollings@morganlewis.com
*TERMINATED: 02/16/2011*
*LEAD ATTORNEY*

**Defendant**

**ELLIOTT TURBOMACHINERY
CO INC**
*TERMINATED: 02/18/2011*

represented by **EDWARD J. BRISCOE**
FOWLER, WHITE & BURNETT
1395 BRICKELL AVE., 14TH FL
MIAMI, FL 33131
305-789-9200
Fax: 305-789-9201
Email: ejb@fowler-white.com
*TERMINATED: 03/02/2011*
*LEAD ATTORNEY*

**JAMES P. MURRAY**
FOWLER WHITE BURNETT PA
1395 BRICKELL AVE 14TH FL
MIAMI, FL 33131
*TERMINATED: 03/02/2011*
*LEAD ATTORNEY*

**HELAINE S. GOODNER**
FOWLER WHITE BURNETT
1395 BRICKELL AVE 14TH FL
MIAMI, FL 33131
305-789-9200
Email: hgoodner@fowler-white.com
*TERMINATED: 03/02/2011*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/01/2009 | 1 | TRANSFER ORDER NO. 440 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. NORTHERN DISTRICT OF FLORIDA, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (kb, ) (Entered: 06/10/2009) |
| 06/01/2009 | 2 | AMENDED ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (kb, ) (Entered: 06/10/2009) |
| | | |

| 06/01/2009 | 3 | NOTICE TO COUNSEL (kb, ) (Entered: 06/10/2009) |
|---|---|---|
| 01/25/2010 | 4 | PLAINTIFFS JOHN DELATTE AND REBA DELATTE'S MOTION TO DROP PARTY, HENNESSY INDUSTRIES, FROM LAWSUIT. CERTIFICATE OF SERVICE.(tjd) (Entered: 01/25/2010) |
| 02/04/2010 | 5 | ORDER THAT A RULE TO SHOW CAUSE HEARING AND/OR A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CASES ON THE ATTACHED LIST ON 3/2/10 AT 10:00 A.M. IN COURTROOM 11A, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, 601 MARKET STREET, PHILADELPHIA, PA 19106; FAILURE TO APPEAR AT THE HEARING AND/OR CONFERENCE SHALL RESULT IN THE DISMISSAL OF THE CASE; ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/28/10. 2/4/10 ENTERED AND COPIES MAILED, E-MAILED.(ah) (Entered: 02/04/2010) |
| 02/05/2010 | 6 | NOTICE of Appearance by PETER A. SANTOS on behalf of ALFA LAVAL INC. with Certificate of Service(SANTOS, PETER) (Entered: 02/05/2010) |
| 02/05/2010 | 7 | ORDER DROPPING HENNESSY INDUSTRIES AS A PART DEFT IN THIS ACTION AND TO GRANT THE PLFFS SUCH OTHER RELIEF AS THECOURT DEEMS APPROPRIATE UNDER THE CIRCUMSTANCES. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/1/10. ) 2/8/10 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 02/08/2010) |
| 02/05/2010 | | (Court only) *** Party HENNESSY INDUSTRIES terminated., *** (gn, ) (Entered: 02/08/2010) |
| 02/18/2010 | 8 | NOTICE of Appearance by EDWARD J. BRISCOE on behalf of ELLIOTT TURBOMACHINERY CO INC with Certificate of Service(BRISCOE, EDWARD) (Entered: 02/18/2010) |
| 02/25/2010 | 9 | NOTICE of Appearance by M. STEPHEN SMITH, III on behalf of JOHN CRANE (SMITH, M.) (Entered: 02/25/2010) |
| 02/25/2010 | 10 | NOTICE of Appearance by M. STEPHEN SMITH, III on behalf of CURTISS-WRIGHT CORPORATION (SMITH, M.) (Entered: 02/25/2010) |
| 03/11/2010 | | (Court only) ***Civil Case Terminated. (st, ) (Entered: 03/15/2010) |
| 03/15/2010 | 11 | ORDERED THAT ALL DEFENDANTS IN THE CASES LISTED IN EXHIBIT "A", ATTACHED, ARE DISMISSED WITHOUT PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/2/10. 3/15/10 ENTERED AND COPIES MAILED, E-MAILED.(jaa, ) (Entered: 03/15/2010) |
| 03/17/2010 | 12 | NOTICE by JOHN DELATTE, REBA DELATTE *of Filing Administrative Order No. 12 Information Report* (Attachments: # 1 Exhibit 1 Medical Documentation)(KIRBY, JORDAN) (Entered: 03/17/2010) |

| 03/22/2010 | 13 | ORDER THAT ALL DISCOVERY MUST BE COMPLETED BY 7/15/10. ANY DISPOSITIVE MOTIONS MUST BE FILED BY 10/28/10, ETC. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/17/10. ) 3/22/10 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 03/22/2010) |
|---|---|---|
| 03/22/2010 | 14 | NOTICE by JOHN DELATTE, REBA DELATTE re 12 Notice (Other) *of Filing Amended Administrative Order No. 12 Information Report* (Attachments: # 1 Exhibit Medical documentation)(KIRBY, JORDAN) CERTIFICATE OF SERVICE. Modified on 3/24/2010 (jmf, ). (Entered: 03/22/2010) |
| 03/23/2010 | 15 | NOTICE of Appearance by MICHAEL J. ZUKOWSKI on behalf of CRANE CO with Certificate of Service(ZUKOWSKI, MICHAEL) (Entered: 03/23/2010) |
| 04/06/2010 | 16 | MOTION for Clarification filed by VIACOM INC.Certificate of Service. (SPINELLI, FRANCES) (Entered: 04/06/2010) |
| 04/09/2010 | 17 | ORDER THAT THE ORDER OF DISMISSAL WITHOUT PREJUDICE FOR LACK OF PROSECUTION, ENTERED 3/15/2010, FOR THE ABOVE CAPTIONED CASE (DOC.NO.11) IS VACATED; THIS CASE SHALL BE REINSTATED TO THE COURT'S ACTIVE DOCKET, WITH THE EFFECTIVE DEADLINES CONTAINED IN THE COURT'S SCHEDULING ORDER ENTERED ON 3/22/2010 (DOC.NO.13); DEFENDANT CBS CORP.'S MOTION FOR CLARIFICATION IS MOOT (DOC.NO.16). SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/8/2010. 4/13/2010 ENTERED AND COPIES MAILED, E-MAILED.(kk, ) (Entered: 04/13/2010) |
| 04/09/2010 | | (Court only) ***Case Reopened (sf, ) (Entered: 04/13/2010) |
| 04/13/2010 | 18 | NOTICE of Appearance by FRANCES L. SPINELLI on behalf of VIACOM INC with Certificate of Service(SPINELLI, FRANCES) (Entered: 04/13/2010) |
| 04/14/2010 | 19 | NOTICE by JOHN DELATTE, REBA DELATTE re 14 Notice (Other), Notice (Other) *of Filing Corrected Administrative Order No. 12 Information Report* (Attachments: # 1 Exhibit Medical Documentation) (KIRBY, JORDAN) (Entered: 04/14/2010) |
| 04/14/2010 | 20 | Disclosure Statement Form pursuant to FRCP 7.1 including CBS Corporation with Certificate of Service by VIACOM INC.(SPINELLI, FRANCES) (Entered: 04/14/2010) |
| 04/14/2010 | 21 | ORDER THAT THE ORDER OF DISMISSAL WITHOUT PREJUDICE FOR LACK OF PROSECUTION, ENTERED 3/15/10, FOR THE ABOVE CAPTIONED CASE (DOC #11) IS VACATED. THIS CASE SHALL BE REINSTATED TO THE COURT'S ACTIVE DOCKET. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/18/10. ) 4/15/10 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 04/15/2010) |
| | | |

| 04/26/2010 | 22 | NOTICE of Appearance by CHRIS NICK KOLOS on behalf of deft ALFA LAVAL INC., Certificate of Service.(gn, ) (Entered: 04/26/2010) |
| 04/30/2010 | 23 | NOTICE of Appearance by TANYA MICHELLE LAWSON on behalf of FOSTER WHEELER ENERGY CORPORATION (LAWSON, TANYA) (Entered: 04/30/2010) |
| 05/06/2010 | 24 | NOTICE of Appearance by ALEJANDRA HERNANDEZ PENNIE on behalf of GOODRICH CORPORATION (PENNIE, ALEJANDRA) (Entered: 05/06/2010) |
| 05/17/2010 | 25 | NOTICE of Appearance by DANIEL ARTHUR CASEY on behalf of CRANE CO with Certificate of Service(CASEY, DANIEL) (Entered: 05/17/2010) |
| 05/17/2010 | 26 | NOTICE of Appearance by REBECCA CARRIE KIBBE on behalf of CRANE CO with Certificate of Service(KIBBE, REBECCA) (Entered: 05/17/2010) |
| 05/17/2010 | 27 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by CRANE CO.(KIBBE, REBECCA) (Entered: 05/17/2010) |
| 05/19/2010 | 28 | MOTION to Compel *Discovery* filed by ELLIOTT TURBOMACHINERY CO INC.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(BRISCOE, EDWARD) (Entered: 05/19/2010) |
| 05/25/2010 | 29 | STIPULATION for Substitution of Counsel by IMO INDUSTRIES INC. Withdrawal of attorney KATHLEEN LABARGE. (GODFREY, BRENDA) Modified on 5/27/2010 (md). (Entered: 05/25/2010) |
| 05/25/2010 | 30 | STIPULATION *for Substitution of Counsel* by BUFFALO PUMPS INC. Withdrawal of attorney KATHLEEN LABARGE. (GODFREY, BRENDA) Modified on 5/27/2010 (md). (Entered: 05/25/2010) |
| 05/25/2010 | 31 | STIPULATION *for Substitution of Counsel* by GOODYEAR TIRE AND RUBBER COMPANY. Withdrawal of attorney KATHLEEN LABARGE. (GODFREY, BRENDA) Modified on 5/27/2010 (md). (Entered: 05/25/2010) |
| 05/25/2010 | 32 | Emergency MOTION for Extension of Time to File Response/Reply *to Defendant CBS Corporation's Discovery Requests* filed by JOHN DELATTE, REBA DELATTE.Certificate of Service. (Attachments: # 1 Exhibit "A")(KIRBY, JORDAN) (Entered: 05/25/2010) |
| 05/26/2010 | 33 | Statement *of Corporate Disclosure* by GOODYEAR TIRE AND RUBBER COMPANY. (GODFREY, BRENDA) (Entered: 05/26/2010) |
| 05/26/2010 | 34 | Statement *of Corporate Disclosure* by IMO INDUSTRIES INC. (GODFREY, BRENDA) (Entered: 05/26/2010) |
| 05/26/2010 | 35 | Statement *of Corporate Disclosure* by PARKER-HANNIFAN CORPORATION. (GODFREY, BRENDA) (Entered: 05/26/2010) |
| 05/26/2010 | 36 | Statement *of Corporate Disclosure* by BUFFALO PUMPS INC. (GODFREY, BRENDA) (Entered: 05/26/2010) |

| 05/26/2010 | 37 | Disclosure with Certificate of Service by ALFA LAVAL INC..(SANTOS, PETER) (Entered: 05/26/2010) |
|---|---|---|
| 05/26/2010 | 38 | MOTION for Extension of Time to Complete Discovery *by 60 days (UNOPPOSED)* filed by JOHN DELATTE, REBA DELATTE.certificate of service. (Attachments: # 1 Exhibit A)(KIRBY, JORDAN) (Entered: 05/26/2010) |
| 05/27/2010 | 39 | Statement *of Corporate Disclosure* by FOSTER WHEELER ENERGY CORPORATION. (LAWSON, TANYA) (Entered: 05/27/2010) |
| 05/31/2010 | 40 | NOTICE by EATON AEROSPACE LLC *DEFENDANT EATON AEROSPACE REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 05/31/2010 | 41 | NOTICE by EATON AEROSPACE LLC *DEFENDANT EATON AEROSPACE REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 05/31/2010 | 42 | NOTICE by EATON AEROSPACE LLC *DEFENDANT EATON AEROSPACE REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 05/31/2010 | 43 | NOTICE by EATON AEROSPACE LLC *DEFENDANT EATON AEROSPACE REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 05/31/2010 | 44 | NOTICE by EATON AEROSPACE LLC *DEFENDANT EATON AEROSPACE REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 05/31/2010 | 45 | NOTICE by EATON AEROSPACE LLC *DEFENDANT EATON AEROSPACE REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 05/31/2010 | 46 | NOTICE by INGERSOLL-RAND COMPANY *REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 05/31/2010 | 47 | NOTICE by INGERSOLL-RAND COMPANY *REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 05/31/2010 | 48 | NOTICE by INGERSOLL-RAND COMPANY *REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 05/31/2010 | 49 | NOTICE by INGERSOLL-RAND COMPANY *REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 05/31/2010 | 50 | NOTICE by INGERSOLL-RAND COMPANY *REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 05/31/2010 | 51 | NOTICE by INGERSOLL-RAND COMPANY *REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 05/31/2010) |
| 06/02/2010 | 52 | ORDER, PLFFS' EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFT CBS CORPORATION'S DISCOVERY |

| | | REQUESTS WITH COURT APPROVAL. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/26/10. ) 6/3/10 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 06/03/2010) |
|---|---|---|
| 06/11/2010 | 53 | NOTICE by INGERSOLL-RAND COMPANY *NOTICE OF UNAVAILABILITY* (EDELSTEIN, STEVEN) (Entered: 06/11/2010) |
| 06/11/2010 | 54 | NOTICE by EATON AEROSPACE LLC *NOTICE OF UNAVAILABILITY* (EDELSTEIN, STEVEN) (Entered: 06/11/2010) |
| 06/11/2010 | 55 | ORDER THAT THE COURT GRANT THIS UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES BY 60 DAYS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/8/0. ) 6/14/10 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 06/14/2010) |
| 06/11/2010 | | (Court only) ***Motions terminated: 28 MOTION to Compel *Discovery* filed by ELLIOTT TURBOMACHINERY CO INC. (mc, ) (Entered: 07/19/2010) |
| 07/12/2010 | 56 | NOTICE of Appearance by JULIE FEIGELES on behalf of HONEYWELL INTERNATIONAL INC with Certificate of Service(FEIGELES, JULIE) (Entered: 07/12/2010) |
| 07/13/2010 | 57 | NOTICE by CRANE CO *of Serving Unverified Objections and Responses to Plaintiffs' Request for Production of Documents and Things* (KIBBE, REBECCA) (Entered: 07/13/2010) |
| 07/19/2010 | 58 | NOTICE by LESLIE CONTROLS INC *Notice of Bankruptcy Filing of Leslie Controls, Inc.* (BERRY, NICKOLAS) (Entered: 07/19/2010) |
| 07/23/2010 | 59 | MOTION for Discovery *Defendant Carrier Corporation's Motion for Leave to Serve Additional Interrogatories to Plaintiffs* filed by CARRIER CORPORATION.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Text of Proposed Order)(TURNER, HUGH) (Entered: 07/23/2010) |
| 07/30/2010 | 60 | Disclosure with Certificate of Service by GOULDS PUMPS.(GARCIA, DANIEL) (Entered: 07/30/2010) |
| 08/03/2010 | 61 | NOTICE by JOHN DELATTE, REBA DELATTE *of Serving Plaintiff's Military Records* (KIRBY, JORDAN) (Entered: 08/03/2010) |
| 08/13/2010 | 62 | ORDER THAT DEFT CARRIER CORP.'S MOTIONFOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES IS GRANTED. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/11/10. ) 8/13/10 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 08/13/2010) |
| 08/13/2010 | | (Court only) ***Motions terminated: 59 MOTION for Discovery *Defendant Carrier Corporation's Motion for Leave to Serve Additional Interrogatories to Plaintiffs* filed by CARRIER CORPORATION. (gn, ) (Entered: 08/13/2010) |
| | | |

| 08/16/2010 | 63 | First MOTION for Extension of Time to Complete Discovery *and Objections to Plaintiffs' First Set of Interrogatories and Request for Production* filed by JOHN CRANE.. (Attachments: # 1 Exhibit Exh A-Plaintiffs' Interrogatories to Defendant John Crane, # 2 Exhibit Exh B-Plaintiffs' Reques for Production to Defendant John Crane, # 3 Exhibit Exh C- Proposed Order)(HOLT, MICHAEL) COPY FORWARDED TO JUDGE FOR APPROVAL. Modified on 8/17/2010 (td, ). (Entered: 08/16/2010) |
|---|---|---|
| 08/19/2010 | 64 | NOTICE by CRANE CO *of filing Unverified Objections and Responses to Plaintiff's Interrogatories* (KIBBE, REBECCA) (Entered: 08/19/2010) |
| 08/19/2010 | 65 | NOTICE by CRANE CO *of Filing Unverified Objections and Responses to Plaintiffs' Requests for Admissions* (KIBBE, REBECCA) (Entered: 08/19/2010) |
| 08/19/2010 | 66 | NOTICE by CRANE CO *of Filing Unverified Objections and Responses to Plaintiffs' Request for Production* (KIBBE, REBECCA) (Entered: 08/19/2010) |
| 08/20/2010 | 67 | NOTICE by INGERSOLL-RAND COMPANY *REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 08/20/2010) |
| 08/20/2010 | 68 | NOTICE by EATON AEROSPACE LLC *REQUEST FOR COPIES* (EDELSTEIN, STEVEN) (Entered: 08/20/2010) |
| 08/24/2010 | 69 | NOTICE by BUFFALO PUMPS INC, GOODYEAR TIRE AND RUBBER COMPANY *of Taking the Deposition of John Delatte* (GODFREY, BRENDA) (Entered: 08/24/2010) |
| 08/24/2010 | 70 | NOTICE by BUFFALO PUMPS INC, GOODYEAR TIRE AND RUBBER COMPANY *of Taking the Deposition of Reba Delatte* (GODFREY, BRENDA) (Entered: 08/24/2010) |
| 08/25/2010 | 71 | NOTICE by BUFFALO PUMPS INC, GOODYEAR TIRE AND RUBBER COMPANY *of Taking the Deposition of John Delatte* (GODFREY, BRENDA) (Entered: 08/25/2010) |
| 08/25/2010 | 72 | NOTICE by BUFFALO PUMPS INC, GOODYEAR TIRE AND RUBBER COMPANY *of Taking the Deposition of Reba Delatte* (GODFREY, BRENDA) (Entered: 08/25/2010) |
| 08/30/2010 | 73 | ORDER THAT DEFT'S MOTION (DOC #63) FOR ENLARGEMENT OF TIME IS GRANTED. DEFT JOHN CRANE, INC. SHALL SERVE THEIR RESPONSE AND OBJECTIONS TO PLFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION WITHIN (15) DAYS OF THE COURT'S ORDER. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/24/10.) 8/30/10 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 08/30/2010) |
| 09/03/2010 | 74 | MOTION to Compel *Better Responses to Discovery* filed by FOSTER WHEELER ENERGY CORPORATION.Certificate of Service.(LAWSON, TANYA) (Entered: 09/03/2010) |

| 09/08/2010 | 75 | NOTICE by WARREN PUMPS LLC *OF INTENT TO SUBPOENA RECORDS FROM NON-PARTIES* (DAVIS, EVELYN) (Entered: 09/08/2010) |
|---|---|---|
| 09/22/2010 | 76 | NOTICE by WARREN PUMPS LLC *OF SUBPOENA DUCES TECUM WITHOUT DEPOSITION & TO FURNISH RECORDS BY MAIL TO DANIEL DUNCANSON, M.D.* (DAVIS, EVELYN) (Entered: 09/22/2010) |
| 09/22/2010 | 77 | NOTICE by WARREN PUMPS LLC *OF SUBPOENA DUCES TECUM WITHOUT DEPOSITION & TO FURNISH RECORDS BY MAIL TO NORTH FLORIDA REGIONAL MEDICAL CENTER* (DAVIS, EVELYN) (Entered: 09/22/2010) |
| 09/22/2010 | 78 | NOTICE by WARREN PUMPS LLC *OF SUBPOENA DUCES TECUM WITHOUT DEPOSITION & TO FURNISH RECORDS BY MAIL TO PULMONARY PHYSICIANS OF GAINESVILLE* (DAVIS, EVELYN) (Entered: 09/22/2010) |
| 10/05/2010 | 79 | NOTICE of Voluntary Dismissal by HONEYWELL INTERNATIONAL INC As To Honeywell International Inc. (Attachments: # 1 Text of Proposed Order)(FEIGELES, JULIE) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 10/6/2010 (md). (Entered: 10/05/2010) |
| 10/11/2010 | 80 | NOTICE by CRANE CO *OF SERVING VERIFICATION PAGES* (KIBBE, REBECCA) (Entered: 10/11/2010) |
| 10/11/2010 | 81 | NOTICE by CRANE CO *OF SERVING UNVERIFIED OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND INTERROGATORIES TO CRANE CO* (KIBBE, REBECCA) (Entered: 10/11/2010) |
| 10/12/2010 | 82 | MOTION to Compel *Discovery* filed by CARRIER CORPORATION.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order Order Granting Defendant Carrier Corporation's Motion to Compel Discovery)(TURNER, HUGH) (Entered: 10/12/2010) |
| 10/14/2010 | 83 | ORDER THAT DEFT HONEYWELL IS DISMISSED FROM THIS ACTION, WITHOUT PREJUDICE. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/8/10). 10/14/10 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 10/14/2010) |
| 10/14/2010 | | (Court only) *** Party HONEYWELL INTERNATIONAL INC terminated., *** Attorney JULIE FEIGELES and ANTHONY NOLAN UPSHAW terminated. (gn, ) (Entered: 10/14/2010) |
| 10/20/2010 | 84 | NOTICE by WARREN PUMPS LLC *OF INTENT TO SUBPOENA RECORDS FROM NON-PARTY* (DAVIS, EVELYN) (Entered: 10/20/2010) |
| 10/22/2010 | 85 | MOTION for Leave to File *Add Affirmative Defense to its Answer to Plaintiff's Complaint* filed by CURTISS-WRIGHT CORPORATION.. (ELFENBEIN, MARTY) (Entered: 10/22/2010) |
| 10/27/2010 | 86 | NOTICE by WARREN PUMPS LLC *OF SERVICE OF RESPONSES AND* |

| | | |
|---|---|---|
| | | *OBJECTIONS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS & THINGS* (DAVIS, EVELYN) (Entered: 10/27/2010) |
| 10/27/2010 | 87 | NOTICE by WARREN PUMPS LLC *OF SERVICE OF RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUESTS FOR ADMISSIONS* (DAVIS, EVELYN) (Entered: 10/27/2010) |
| 10/27/2010 | 88 | NOTICE by WARREN PUMPS LLC *OF SERVICE OF RESPONSES AND OBJECTIONS TO PLAITNIFFS' INTERROGATORIES* (DAVIS, EVELYN) (Entered: 10/27/2010) |
| 10/27/2010 | 89 | NOTICE by INGERSOLL-RAND COMPANY (EDELSTEIN, STEVEN) (Entered: 10/27/2010) |
| 11/01/2010 | 90 | NOTICE by WARREN PUMPS LLC *OF SUBPOENA DUCES TECUM WITHOUT DEPOSITION & TO FURNISH RECORDS BY MAIL TO DIAGNOSTIC IMAGING CENTER* (DAVIS, EVELYN) (Entered: 11/01/2010) |
| 11/02/2010 | 91 | NOTICE by WARREN PUMPS LLC *of Intent to Subpoena Records from Non-Party* (DAVIS, EVELYN) (Entered: 11/02/2010) |
| 11/02/2010 | 92 | MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline* filed by CARRIER CORPORATION..(TURNER, HUGH) (Entered: 11/02/2010) |
| 11/03/2010 | 93 | MOTION to Strike *or Limit Plaintiffs' Experts DRS. Schonfeld and Venizelos, or, in the Alternative, for Relief from the November 12, 2010 Defense Expert Report Deadline and Supporting Memorandum of Law* filed by ELLIOTT TURBOMACHINERY CO INC.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (GOODNER, HELAINE) (Entered: 11/03/2010) |
| 11/03/2010 | 94 | NOTICE by FOSTER WHEELER ENERGY CORPORATION *of Joinder in Defendants' Motion to Preclude Plaintiffs from Relying on Any Expert Witness Testimony or for Relief From Expert Disclosure Deadlines* (Attachments: # 1 Text of Proposed Order)(LAWSON, TANYA) (Entered: 11/03/2010) |
| 11/04/2010 | 95 | NOTICE by BUFFALO PUMPS INC re 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline of Joinder in Defendants' Motion to Preclude Plaintiffs from Relying on Expert Witness Testimony* (COLE, SUSAN) (Entered: 11/04/2010) |
| 11/04/2010 | 96 | NOTICE by GOODYEAR TIRE AND RUBBER COMPANY re 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline of Joinder in Defendants' Motion to Preclude Plaintiffs from Relying on Expert Witness Testimony* (COLE, SUSAN) (Entered: 11/04/2010) |
| 11/04/2010 | 97 | NOTICE by IMO INDUSTRIES INC re 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline of Joinder in Defendants' Motion to Preclude Plaintiffs* |

| | | |
|---|---|---|
| | | *from Relying on Expert Witness Testimony* (COLE, SUSAN) (Entered: 11/04/2010) |
| 11/04/2010 | 98 | NOTICE by MEGGITT AIRCRAFT BRAKING SYSTEMS CORPORATION re 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline of Joinder in Defendants' Motion to Preclude Plaintiffs from Relying on Expert Witness Testimony* (COLE, SUSAN) (Entered: 11/04/2010) |
| 11/04/2010 | 99 | NOTICE by PARKER-HANNIFAN CORPORATION re 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline of Joinder in Defendants' Motion to Preclude Plaintiffs from Relying on Expert Witness Testimony* (COLE, SUSAN) (Entered: 11/04/2010) |
| 11/04/2010 | 100 | NOTICE by MEGGITT AIRCRAFT BRAKING SYSTEMS CORPORATION re 92 MOTION to Preclude Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline of Joinder in Defendants' Motion to Preclude Plaintiffs from Relying on Expert Witness Testimony. (COLE, SUSAN) (DUPLICATE ENTRY) Modified on 11/5/2010 (md). (Entered: 11/04/2010) |
| 11/05/2010 | 101 | NOTICE by VIAD CORP *of Joinder in Defendants' Motion to Preclude Plaintiffs from Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline* (JOHNSON, VIRGINIA) (Entered: 11/05/2010) |
| 11/08/2010 | 102 | NOTICE of Appearance by CASE A. DAM on behalf of JOHN DELATTE, REBA DELATTE with Certificate of Service(DAM, CASE) (Entered: 11/08/2010) |
| 11/08/2010 | 103 | NOTICE by CURTISS-WRIGHT CORPORATION, JOHN CRANE re 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline (Notice of Joinder)* (SMITH, M.) (Entered: 11/08/2010) |
| 11/08/2010 | 104 | NOTICE by GOULDS PUMPS re 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline* (GARCIA, DANIEL) (Entered: 11/08/2010) |
| 11/09/2010 | 105 | NOTICE by VIACOM INC re 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline,* 93 MOTION to Strike *or Limit Plaintiffs' Experts DRS. Schonfeld and Venizelos, or, in the Alternative, for Relief from the November 12, 2010 Defense Expert Report Deadline and Supporting Memorandum of Law* (Attachments: # 1 Text of Proposed Order) (SPINELLI, FRANCES) (Entered: 11/09/2010) |
| 11/10/2010 | 106 | NOTICE by GOODRICH CORPORATION re 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline [NOTICE OF JOINDER]* (PENNIE, ALEJANDRA) (Entered: 11/10/2010) |

| 11/11/2010 | 107 | NOTICE by WARREN PUMPS LLC of Filing Expert Witness List (DAVIS, EVELYN) (Entered: 11/11/2010) |
|---|---|---|
| 11/12/2010 | 108 | Witness List by VIACOM INC. Certificate of Service (Attachments: # 1 Exhibit A - CBS Witness List)(SPINELLI, FRANCES) (Entered: 11/12/2010) |
| 11/12/2010 | 109 | Witness List by ELLIOTT TURBOMACHINERY CO INC. (BRISCOE, EDWARD) (Entered: 11/12/2010) |
| 11/12/2010 | 110 | NOTICE by WARREN PUMPS LLC OF FILING REQUEST FOR RELIEF FROM REQUIREMENT TO FILE EXPERT-WITNESS REPORTS, JOINDER IN MOTION TO STRIKE ANY LATE-FILED PLAINTIFF EXPERT REPORTS, AND MOTION TO DISMISS (DAVIS, EVELYN) (Entered: 11/12/2010) |
| 11/12/2010 | 111 | NOTICE by YARWAY CORPORATION of Filing Designation of Expert Witnesses (COLLINGS, CHRISTOPHER) (Entered: 11/12/2010) |
| 11/12/2010 | 112 | NOTICE by GOULDS PUMPS of Expert Witness Disclosure (FROMMER, PETER) (Entered: 11/12/2010) |
| 11/12/2010 | 113 | MOTION for Extension of Time to File Serve Expert Reports filed by EATON AEROSPACE LLC..(EDELSTEIN, STEVEN) (Entered: 11/12/2010) |
| 11/12/2010 | 114 | Witness List by INGERSOLL-RAND COMPANY. (EDELSTEIN, STEVEN) (Entered: 11/12/2010) |
| 11/16/2010 | 115 | JOINDER in Defendants' Motions to Strike, Limit, or Preclude Any Late-File Expert Reports by Plaintiffs, filed by ALFA LAVAL INC..certificate of service.(KOLOS, CHRIS) Modified on 11/17/2010 (md). (Entered: 11/16/2010) |
| 11/16/2010 | | (Court only) ***Motions terminated: 115 MOTION for Joinder in Defendants' Motions to Strike, Limit, or Preclude Any Late-File Expert Reports by Plaintiffs filed by ALFA LAVAL INC.. (md) (Entered: 11/17/2010) |
| 11/17/2010 | 116 | NOTICE by ELLIOTT TURBOMACHINERY CO INC re 92 MOTION to Preclude Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline (BRISCOE, EDWARD) (Entered: 11/17/2010) |
| 11/17/2010 | 117 | Witness List by INGERSOLL-RAND COMPANY. (EDELSTEIN, STEVEN) (Entered: 11/17/2010) |
| 11/17/2010 | 118 | Witness List by EATON AEROSPACE LLC. (EDELSTEIN, STEVEN) (Entered: 11/17/2010) |
| 11/18/2010 | 119 | NOTICE by JOHN CRANE Expert Witness Disclosure (SMITH, M.) (Entered: 11/18/2010) |
| 11/19/2010 | 120 | NOTICE by WARREN PUMPS LLC OF FILING SUBPOENA DUCES TECUM WITHOUT DEPOSITION AND TO FURNISH RECORDS BY |

| | | |
|---|---|---|
| | | *MAIL* (DAVIS, EVELYN) (Entered: 11/19/2010) |
| 11/19/2010 | <u>121</u> | NOTICE by EATON AEROSPACE LLC *NOTICE OF UNAVAILABILITY* (EDELSTEIN, STEVEN) (Entered: 11/19/2010) |
| 11/19/2010 | <u>122</u> | NOTICE by INGERSOLL-RAND COMPANY *NOTICE OF UNAVAILABILITY* (EDELSTEIN, STEVEN) (Entered: 11/19/2010) |
| 11/22/2010 | <u>123</u> | ORDER THAT HEARINGS ON ALL PENDING OPPOSED MOTIONS, INCLUDING MOTIONS FOR SUMMARY JUDGMENT, IN THE CASES LISTED IN EXHIBIT A, ATTACHED, WILL BE HELD ON TUESDAY, DECEMBER 14TH, 2010 AT 10:00 A.M. IN COURTROOM 11A, JAMES A. BYRNE UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19106. THIS ORDER SUPERCEDES ANY PREVIOUSLY ENTERED ORDER CONCERNING THE DATE ON WHICH THE HEARING WILL BE HELD AND PROVIDES FOR A PROTOCOL TO BE FOLLOWED BY PLAINTIFFS COUNSEL PRIOR TO THIS HEARING, ETC., SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/19/2010. 11/22/2010 ENTERED AND COPIES MAILED, E-MAILED AND FAXED.(jcab) (Entered: 11/22/2010) |
| 11/23/2010 | <u>124</u> | NOTICE by CRANE CO *of Serving Verification Page to Plaintiff's Second Interrogatories* (KIBBE, REBECCA) (Entered: 11/23/2010) |
| 12/06/2010 | <u>125</u> | RESPONSE to Motion re <u>92</u> MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline and Motion for Leave to Submit Expert Witness Disclosures* filed by JOHN DELATTE, REBA DELATTE. (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C, # <u>4</u> Exhibit Exhibit D, # <u>5</u> Exhibit Exhibit E, # <u>6</u> Exhibit Exhibit F, # <u>7</u> Exhibit Exhibit G, # <u>8</u> Exhibit Exhibit H, # <u>9</u> Exhibit Exhibit I, # <u>10</u> Exhibit Exhibit J)(DAM, CASE) Modified on 12/7/2010 (afm, ). (FILED IN ERROR BY ATTORNEY, REFILING CORRECT DOCUMENT) (Entered: 12/06/2010) |
| 12/06/2010 | <u>126</u> | NOTICE by VIACOM INC *of Filing* (Attachments: # <u>1</u> Transcript of Deposition of John Delatte)(SPINELLI, FRANCES) (Entered: 12/06/2010) |
| 12/06/2010 | <u>127</u> | NOTICE by VIACOM INC *of Filing* (Attachments: # <u>1</u> Transcript of Continued Deposition of John Delatte)(SPINELLI, FRANCES) (Entered: 12/06/2010) |
| 12/06/2010 | <u>128</u> | NOTICE by VIACOM INC *of Filing* (Attachments: # <u>1</u> Transcript of Deposition of Reba Delatte)(SPINELLI, FRANCES) (Entered: 12/06/2010) |
| 12/07/2010 | <u>129</u> | RESPONSE to Motion re <u>92</u> MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline and Motion for Leave to Submit Expert Witness Disclosures* filed by JOHN DELATTE, REBA DELATTE. (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C, # <u>4</u> Exhibit Exhibit D, # <u>5</u> Exhibit Exhibit E, # <u>6</u> Exhibit Exhibit F, # <u>7</u> Exhibit Exhibit G, # <u>8</u> Exhibit Exhibit H, # <u>9</u> Exhibit Exhibit I, # <u>10</u> Exhibit Exhibit J)(DAM, |

| | | CASE) (Entered: 12/07/2010) |
|---|---|---|
| 12/10/2010 | 130 | MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by FOSTER WHEELER ENERGY CORPORATION.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(LAWSON, TANYA) (Entered: 12/10/2010) |
| 12/10/2010 | 131 | MOTION for Summary Judgment *and Memorandum of Law in Support* filed by CARRIER CORPORATION.Certificate of Service. (Attachments: # 1 Exhibit "1")(TURNER, HUGH) (Entered: 12/10/2010) |
| 12/10/2010 | 132 | MOTION for Summary Judgment filed by CURTISS-WRIGHT CORPORATION.Memorandum of Law. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(EHRLICH, BROOKE) (Entered: 12/10/2010) |
| 12/10/2010 | 133 | MOTION for Summary Judgment filed by JOHN CRANE.Memorandum of Law. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(EHRLICH, BROOKE) (Entered: 12/10/2010) |
| 12/13/2010 | 134 | MOTION for Summary Judgment filed by VIAD CORP.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K 1, # 12 Exhibit K 2, # 13 Exhibit K 3, # 14 Exhibit K 4, # 15 Exhibit K 5, # 16 Exhibit K 6, # 17 Exhibit K 7, # 18 Exhibit K 8, # 19 Exhibit L, # 20 Exhibit M, # 21 Exhibit N, # 22 Exhibit O, # 23 Exhibit P)(WHISENANT, BERANTON) (Entered: 12/13/2010) |
| 12/13/2010 | 135 | MOTION for Summary Judgment filed by GOULDS PUMPS.Memorandum.(MULCAHY, KOURTNEY) (Entered: 12/13/2010) |
| 12/13/2010 | 136 | MOTION for Summary Judgment *Supporting Memorandum of Law and Statement of Uncontested Facts* filed by ELLIOTT TURBOMACHINERY CO INC.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B - 1, # 4 Exhibit B - 2, # 5 Exhibit C)(BRISCOE, EDWARD) (Entered: 12/13/2010) |
| 12/13/2010 | 137 | MOTION for Summary Judgment filed by CRANE CO.Memorandum of Law in Support of Motion, with Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B-1, # 3 Exhibit B-2, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order)(ZUKOWSKI, MICHAEL) (Entered: 12/13/2010) |
| 12/13/2010 | 138 | MOTION for Summary Judgment filed by GOODRICH CORPORATION.Memorandum in Support. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(PENNIE, ALEJANDRA) (Entered: 12/13/2010) |
| 12/13/2010 | 139 | MOTION for Summary Judgment *and Memorandum of Law* filed by EATON AEROSPACE LLC..(EDELSTEIN, STEVEN) (Entered: 12/13/2010) |
| 2/13/2010 | 140 | MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by GOODYEAR TIRE AND RUBBER COMPANY.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(COLE, SUSAN) (Entered: 12/13/2010) |

| 12/13/2010 | 141 | MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by MEGGITT AIRCRAFT BRAKING SYSTEMS CORPORATION.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(COLE, SUSAN) (Entered: 12/13/2010) |
| 12/13/2010 | 142 | MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by PARKER-HANNIFAN CORPORATION..(COLE, SUSAN) (Entered: 12/13/2010) |
| 12/13/2010 | 143 | MOTION for Summary Judgment *and Memorandum of Law* filed by INGERSOLL-RAND COMPANY..(EDELSTEIN, STEVEN) (Entered: 12/13/2010) |
| 12/13/2010 | 144 | MOTION for Summary Judgment filed by ALFA LAVAL INC..Memorandum of Law and Certificate of Service. (Attachments: # 1 Exhibit Complaint, # 2 Exhibit Interrogatories, # 3 Exhibit Transcript, # 4 Exhibit Summary of Report, # 5 Text of Proposed Order)(SANTOS, PETER) (Entered: 12/13/2010) |
| 12/13/2010 | 145 | MOTION for Summary Judgment filed by VIACOM INC.Certificate of Service. (Attachments: # 1 Memorandum of Law in Support, # 2 Proposed Order, # 3 Exhibit A-December 9, 2010 Affidavit of James Gate, # 4 Exhibit B-Excerpts from Sept. 9, 2010 Deposition of Plaintiff, # 5 Exhibit C-Nov. 23, 2010 Affidavit of James Gate, # 6 Exhibit D-Nov 9, 2010 Verified Expert Report of Roger B. Horne Jr., # 7 Exhibit E-NAVSHIPS 250-000(39), # 8 Exhibit F-MIL-1-15024(SHIPS), # 9 Exhibit G-MIL-B-15071(SHIPS), # 10 Exhibit H-Nov. 12, 2010 Verified Expert Report of Samuel A. Forman)(SPINELLI, FRANCES) (Entered: 12/13/2010) |
| 12/13/2010 | 146 | MOTION for Summary Judgment *And Incorporated Memorandum of Law* filed by BUFFALO PUMPS INC..(COLE, SUSAN) (Entered: 12/13/2010) |
| 12/13/2010 | 147 | MOTION for Summary Judgment *And Incorporated Memorandum of Law* filed by IMO INDUSTRIES INC..(COLE, SUSAN) (Entered: 12/13/2010) |
| 12/14/2010 | 148 | MOTION for Summary Judgment filed by WARREN PUMPS LLC.DEFENDANT WARREN PUMPS LLCS MOTION FOR SUMMARY JUDGMENT. (Attachments: # 1 Supplement BRIEF IN SUPPORT OF DEFENDANT WARREN PUMPS LLCS MOTION FOR SUMMARY JUDGMENT)(GROCH, JASON) (Entered: 12/14/2010) |
| 12/14/2010 | 149 | EXHIBITS by WARREN PUMPS in Support of Motion for Summary Judgment, filed by WARREN PUMPS LLC.(GROCH, JASON) Modified on 12/15/2010 (md). (Entered: 12/14/2010) |
| 12/14/2010 |  | (Court only) ***Motions terminated: 149 MOTION for Summary Judgment Exhibits filed by WARREN PUMPS LLC. (md) (Entered: 12/15/2010) |
| 12/16/2010 | 150 | ORDER THAT DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, IN THE CASES LISTED IN "EXHIBIT A" ATTACHED, ARE GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/16/2010. 12/16/2010 ENTERED AND COPIES |

| | | MAILED, E-MAILED. (aeg, ) ****ORDER VACATED, SEE DOC. NO. 151**** Modified on 12/20/2010 (jcab, ). (Entered: 12/16/2010) |
|---|---|---|
| 12/20/2010 | 151 | ORDER THAT THE COURT'S ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT 150 IS VACATED SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/16/2010. 12/20/2010 ENTERED AND COPIES MAILED AND E-MAILED.(jcab) (Entered: 12/20/2010) |
| 12/20/2010 | 152 | REPLY to Response to Motion re 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline MOTION FOR LEAVE TO SUBMIT EXPERT WITNESS DISCLOSURES [DE129]* filed by CARRIER CORPORATION. (TURNER, HUGH) (Entered: 12/20/2010) |
| 12/21/2010 | 153 | RESPONSE to Motion re 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline* filed by ALFA LAVAL INC.. (KOLOS, CHRIS) (Entered: 12/21/2010) |
| 12/21/2010 | 154 | NOTICE by EATON AEROSPACE LLC *REQUEST FOR COPIES TO WARREN PUMPS, LLC.* (EDELSTEIN, STEVEN) (Entered: 12/21/2010) |
| 12/21/2010 | 155 | NOTICE by EATON AEROSPACE LLC *REQUEST FOR COPIES TO UNION CARBIDE CORPORATION* (EDELSTEIN, STEVEN) (Entered: 12/21/2010) |
| 12/21/2010 | 156 | NOTICE by INGERSOLL-RAND COMPANY *REQUEST FOR COPIES TO UNION CARBIDE CORPORATION* (EDELSTEIN, STEVEN) (Entered: 12/21/2010) |
| 12/21/2010 | 157 | NOTICE by INGERSOLL-RAND COMPANY *REQUEST FOR COPIES TO DEFENDANT WARREN PUMPS, LLC* (EDELSTEIN, STEVEN) (Entered: 12/21/2010) |
| 12/22/2010 | 158 | Response in Opposition re 125 Response to Motion,, *for Leave to Submit Expert Witness Disclosures* by ELLIOTT TURBOMACHINERY CO INC. (BRISCOE, EDWARD) (Entered: 12/22/2010) |
| 12/22/2010 | 159 | NOTICE by ELLIOTT TURBOMACHINERY CO INC re 152 Reply to Response to Motion, (BRISCOE, EDWARD) (Entered: 12/22/2010) |
| 12/28/2010 | 160 | NOTICE by GOULDS PUMPS re 135 MOTION for Summary Judgment *(Withdrawal)* (GARCIA, DANIEL) (Entered: 12/28/2010) |
| 12/28/2010 | 161 | First MOTION to Depose *Corporate Designees Out of Time* filed by JOHN DELATTE, REBA DELATTE.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(DAM, CASE) (Entered: 12/28/2010) |
| 12/28/2010 | 162 | RESPONSE in Opposition re 148 MOTION for Summary Judgment *by Warren Pumps LLC* filed by JOHN DELATTE, REBA DELATTE. (DAM, CASE) (Entered: 12/28/2010) |
| | | |

| 12/28/2010 | 163 | NOTICE by JOHN DELATTE, REBA DELATTE re 162 Response in Opposition to Motion *of Filing Exhibit A to Plaintiff's Response to Warren Pumps LLC's Motion for Summary Judgment* (DAM, CASE) (Entered: 12/28/2010) |
|---|---|---|
| 12/28/2010 | 164 | NOTICE by JOHN DELATTE, REBA DELATTE re 162 Response in Opposition to Motion *of Filing Exhibit B to Plaintiff's Response to Warren Pumps LLC's Motion for Summary Judgment* (DAM, CASE) (Entered: 12/28/2010) |
| 12/28/2010 | 165 | NOTICE by JOHN DELATTE, REBA DELATTE re 162 Response in Opposition to Motion *of Filing Exhibit C to Plaintiff's Response to Warren Pumps LLC's Motion for Summary Judgment* (DAM, CASE) (Entered: 12/29/2010) |
| 12/28/2010 | | (Court only) ***Motions terminated: 135 MOTION for Summary Judgment filed by GOULDS PUMPS. (md) (Entered: 12/29/2010) |
| 12/29/2010 | 166 | NOTICE by JOHN DELATTE, REBA DELATTE re 162 Response in Opposition to Motion *of Filing Exhibit D to Plaintiff's Response to Warren Pumps LLC's Motion for Summary Judgment* (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 167 | NOTICE by JOHN DELATTE, REBA DELATTE re 162 Response in Opposition to Motion *of Filing Exhibit E to Plaintiff's Response to Warren Pumps LLC's Motion for Summary Judgment* (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 168 | NOTICE by JOHN DELATTE, REBA DELATTE re 162 Response in Opposition to Motion *of Filing Exhibit F to Plaintiff's Response to Warren Pumps LLC's Motion for Summary Judgment* (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 169 | NOTICE by JOHN DELATTE, REBA DELATTE re 162 Response in Opposition to Motion *of Filing Exhibit G to Plaintiff's Response to Warren Pumps LLC's Motion for Summary Judgment* (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 170 | NOTICE by JOHN DELATTE, REBA DELATTE re 162 Response in Opposition to Motion *of Filing Exhibit H part 1 to Plaintiff's Response to Warren Pumps LLC's Motion for Summary Judgment* (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 171 | NOTICE by JOHN DELATTE, REBA DELATTE re 162 Response in Opposition to Motion *of Filing Exhibit H part 2 to Plaintiff's Response to Warren Pumps LLC's Motion for Summary Judgment* (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 172 | NOTICE by JOHN DELATTE, REBA DELATTE re 162 Response in Opposition to Motion *of Filing Exhibit I to Plaintiff's Response to Warren Pumps LLC's Motion for Summary Judgment* (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 173 | NOTICE by JOHN DELATTE, REBA DELATTE re 162 Response in |

| | | Opposition to Motion *of Filing Exhibit J to Plaintiff's Response to Warren Pumps LLC's Motion for Summary Judgment* (DAM, CASE) (Entered: 12/29/2010) |
|---|---|---|
| 12/29/2010 | 174 | RESPONSE in Opposition re 146 MOTION for Summary Judgment *And Incorporated Memorandum of Law of Buffalo Pumps, Inc.* filed by JOHN DELATTE, REBA DELATTE. (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 175 | RESPONSE in Opposition re 147 MOTION for Summary Judgment *And Incorporated Memorandum of Law of IMO Industries, Inc.* filed by JOHN DELATTE, REBA DELATTE. (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 176 | RESPONSE in Opposition re 145 MOTION for Summary Judgment *of CBS Corporation* filed by JOHN DELATTE, REBA DELATTE. (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 177 | NOTICE by JOHN DELATTE, REBA DELATTE re 174 Response in Opposition to Motion *For Summary Judgement* (Attachments: # 1 Exhibit NOTICE OF FILING EXHIBIT A TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT BUFFALO PUMPS, INCS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 178 | NOTICE by JOHN DELATTE, REBA DELATTE re 174 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT BUFFALO PUMPS, INCS MOTION FOR SUMMARY JUDGMENT) (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 179 | NOTICE by JOHN DELATTE, REBA DELATTE re 174 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT C TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT BUFFALO PUMPS, INCS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 180 | NOTICE by JOHN DELATTE, REBA DELATTE re 174 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT D TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT BUFFALO PUMPS, INCS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 181 | NOTICE by JOHN DELATTE, REBA DELATTE re 174 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 EXHIBIT E TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT BUFFALO PUMPS, INCS MOTION FOR SUMMARY JUDGMENT) (DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 182 | NOTICE by JOHN DELATTE, REBA DELATTE re 174 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT F TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT BUFFALO PUMPS, INCS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 183 | NOTICE by JOHN DELATTE, REBA DELATTE re 174 Response in |

| | | Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT G TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT BUFFALO PUMPS, INCS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
|---|---|---|
| 12/29/2010 | 184 | NOTICE by JOHN DELATTE, REBA DELATTE re 174 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT H TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT BUFFALO PUMPS, INCS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 185 | NOTICE by JOHN DELATTE, REBA DELATTE re 174 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT I TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT BUFFALO PUMPS, INCS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 186 | NOTICE by JOHN DELATTE, REBA DELATTE re 175 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT A TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 187 | NOTICE by JOHN DELATTE, REBA DELATTE re 175 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT B TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 188 | NOTICE by JOHN DELATTE, REBA DELATTE re 175 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT C TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 189 | NOTICE by JOHN DELATTE, REBA DELATTE re 175 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT D TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 190 | NOTICE by JOHN DELATTE, REBA DELATTE re 175 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT E TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT, # 2 Exhibit EXHIBIT E (PART TWO) TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 191 | NOTICE by JOHN DELATTE, REBA DELATTE re 175 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT F TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 192 | NOTICE by JOHN DELATTE, REBA DELATTE re 175 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT G TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT)(DAM, CASE) (Entered: 12/29/2010) |

| 12/29/2010 | 193 | NOTICE by JOHN DELATTE, REBA DELATTE re 175 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT H TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT)(DAM, CASE) (Entered: 12/29/2010) |
|---|---|---|
| 12/29/2010 | 194 | NOTICE by JOHN DELATTE, REBA DELATTE re 175 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT I TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 195 | NOTICE by JOHN DELATTE, REBA DELATTE re 175 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT J TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 196 | NOTICE by JOHN DELATTE, REBA DELATTE re 175 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT K TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 197 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT A TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 198 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT B TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 199 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT C TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 200 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT D TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 201 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT E TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 202 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT F TO PLAINTIFFS RESPONSE IN OPPOSITION TO |

| | | DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
|---|---|---|
| 12/29/2010 | 203 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT G TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 204 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT H TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 205 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT I TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 206 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT J TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT, # 2 Exhibit EXHIBIT J (part two) TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT, # 3 Exhibit EXHIBIT J (part three) TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT, # 4 Exhibit EXHIBIT J (part four) TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 207 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT K TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 208 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT L TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 209 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT M TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 210 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in |

| | | |
|---|---|---|
| | | Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT N TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT, # 2 Exhibit EXHIBIT N (part two))(DAM, CASE) (Entered: 12/29/2010) |
| 12/29/2010 | 211 | NOTICE by JOHN DELATTE, REBA DELATTE re 176 Response in Opposition to Motion *for Summary Judgment* (Attachments: # 1 Exhibit EXHIBIT O TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT CBS CORPORATIONS MOTION FOR SUMMARY JUDGMENT)(DAM, CASE) (Entered: 12/29/2010) |
| 01/04/2011 | 212 | ORDER THAT 113 MOTION FOR EXTENSION OF TIME TO FILE TO SERVE EXPERT REPORTS IS GRANTED. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/3/11.) 1/4/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 01/04/2011) |
| 01/05/2011 | 213 | REPLY to Response to Motion re 134 MOTION for Summary Judgment *Viad's Reply Brief and Memorandum of Law in Support of its Motion for Summary Judgment* filed by VIAD CORP. (WHISENANT, BERANTON) (Entered: 01/05/2011) |
| 01/07/2011 | 214 | NOTICE by VIACOM INC *CBS Corporation's Joinder in Defendants' Responses to Plaintiffs' Motion for Leave to Submit Expert Witness Disclosures* (SPINELLI, FRANCES) (Entered: 01/07/2011) |
| 01/07/2011 | | (Court only) ***Civil Case Terminated. (britb, ) (Entered: 01/19/2011) |
| 01/07/2011 | | (Court only) ***Reopen Document 82 MOTION to Compel *Discovery*, 131 MOTION for Summary Judgment *and Memorandum of Law in Support*, 140 MOTION for Summary Judgment *and Incorporated Memorandum of Law*, 147 MOTION for Summary Judgment *And Incorporated Memorandum of Law*, 145 MOTION for Summary Judgment, 135 MOTION for Summary Judgment, 74 MOTION to Compel *Better Responses to Discovery*, 148 MOTION for Summary Judgment, 136 MOTION for Summary Judgment *Supporting Memorandum of Law and Statement of Uncontested Facts*, 85 MOTION for Leave to File *Add Affirmative Defense to its Answer to Plaintiff's Complaint*, 139 MOTION for Summary Judgment *and Memorandum of Law*, 161 First MOTION to Depose *Corporate Designees Out of Time*, 138 MOTION for Summary Judgment, 133 MOTION for Summary Judgment, 130 MOTION for Summary Judgment *and Incorporated Memorandum of Law*, 143 MOTION for Summary Judgment *and Memorandum of Law*, 137 MOTION for Summary Judgment, 132 MOTION for Summary Judgment, 146 MOTION for Summary Judgment *And Incorporated Memorandum of Law*, 92 MOTION to Preclude *Plaintiffs From Relying on any Expert Witness Testimony or for Relief from Expert Disclosure Deadline*, 134 MOTION for Summary Judgment, 142 MOTION for Summary Judgment *and Incorporated Memorandum of Law*, 141 MOTION for Summary Judgment *and Incorporated Memorandum of Law*, 93 MOTION to Strike *or Limit Plaintiffs' Experts DRS. Schonfeld and Venizelos, or, in the Alternative, for Relief from the November 12, 2010 Defense Expert Report Deadline and* |

| | | |
|---|---|---|
| | | *Supporting Memorandum of Law* (lisad, ) (Entered: 01/26/2011) |
| 01/10/2011 | 215 | SUPPLEMENT in Further Support of Motion for Summary Judgment filed by CRANE CO, Certificate of Service. (Attachments: # 1 Text of Proposed Order)(ZUKOWSKI, MICHAEL) Modified on 1/11/2011 (md). (Entered: 01/10/2011) |
| 01/10/2011 | 216 | RESPONSE in Support re 136 MOTION for Summary Judgment *Supporting Memorandum of Law and Statement of Uncontested Facts* filed by ELLIOTT TURBOMACHINERY CO INC. (Attachments: # 1 Exhibit 1)(BRISCOE, EDWARD) (Entered: 01/10/2011) |
| 01/10/2011 | | (Court only) ***Motions terminated: 215 MOTION for Summary Judgment Supplement in Further Support of 137 Motion For Summary Judgment filed by CRANE CO. (md) (Entered: 01/11/2011) |
| 01/11/2011 | 217 | RESPONSE in Opposition re 161 First MOTION to Depose *Corporate Designees Out of Time and Motion to Continue Defendants' Motions for Summary Judgment* filed by VIACOM INC. (Attachments: # 1 Exhibit A-Plaintiffs Written Discovery to Westinghouse July 16, 2010, # 2 Exhibit B-Westinghouse Response to Plaintiffs Discovery August 17, 2010, # 3 Exhibit C-Plaintiffs Second Set of Discovery to Westinghouse September 10, 2010, # 4 Exhibit D-Westinghouse Response to Plaintiffs Second Discovery October 8, 2010, # 5 Exhibit E-Westinghouse November 12, 2010, Letter to Plaintiffs Counsel serving expert reports)(SPINELLI, FRANCES) (Entered: 01/11/2011) |
| 01/12/2011 | 218 | REPLY BRIEF in FURTHER Support re 146 MOTION for Summary Judgment filed by BUFFALO PUMPS INC., CERTIFICATE OF SERVICE (Attachments: # 1 Exhibit A)(COLE, SUSAN) Modified on 1/14/2011 (afm, ). (Entered: 01/12/2011) |
| 01/12/2011 | 219 | REPLY BRIEF IN FURTHER Support re 147 MOTION for Summary Judgment filed by IMO INDUSTRIES INC., CERTIFICATE OF SERVICE. (Attachments: # 1 Exhibit A)(COLE, SUSAN) Modified on 1/14/2011 (afm, ). (Entered: 01/12/2011) |
| 01/12/2011 | 220 | REPLY to Response to Motion re 145 MOTION for Summary Judgment filed by VIACOM INC. (Attachments: # 1 Exhibit A: Excerpts from June 18 2002 Deposition of James M. Gate, # 2 Exhibit B: MIL-M-15071E, # 3 Exhibit C: 1 of 2: MIL-T-17600C(SHIPS), # 4 Exhibit C: 2 of 2: MIL-T-17600C(SHIPS))(SPINELLI, FRANCES) (Entered: 01/12/2011) |
| 01/12/2011 | 221 | Memorandum in support of Motion for Summary Judgment re 133 MOTION for Summary Judgment *(Reply Memorandum)* filed by JOHN CRANE. (EHRLICH, BROOKE) (Entered: 01/12/2011) |
| 01/12/2011 | 222 | Memorandum in Support of Motion for Summary Judgment re 132 MOTION for Summary Judgment *(Reply Memorandum)* filed by CURTISS-WRIGHT CORPORATION. (EHRLICH, BROOKE) (Entered: 01/12/2011) |
| 01/12/2011 | 223 | REPLY to Response to Motion re 131 MOTION for Summary Judgment |

| | | |
|---|---|---|
| | | *and Memorandum of Law in Support* filed by CARRIER CORPORATION. (TURNER, HUGH) (Entered: 01/12/2011) |
| 01/12/2011 | 224 | REPLY to Response to Motion re 148 MOTION for Summary Judgment filed by WARREN PUMPS LLC. (GROCH, JASON) (Entered: 01/13/2011) |
| 01/14/2011 | 225 | RESPONSE in Support re 140 MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by GOODYEAR TIRE AND RUBBER COMPANY. (COLE, SUSAN) (Entered: 01/14/2011) |
| 01/14/2011 | 226 | RESPONSE in Support re 142 MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by PARKER-HANNIFAN CORPORATION. (COLE, SUSAN) (Entered: 01/14/2011) |
| 01/14/2011 | 227 | RESPONSE in Support re 141 MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by MEGGITT AIRCRAFT BRAKING SYSTEMS CORPORATION. (COLE, SUSAN) (Entered: 01/14/2011) |
| 01/27/2011 | 228 | Statement *of Supplement in Further Support of Motion for Summary Judgment* by FOSTER WHEELER ENERGY CORPORATION. (Attachments: # 1 Text of Proposed Order)(LAWSON, TANYA) (Entered: 01/27/2011) |
| 01/28/2011 | | (Court only) ***Case Reopened (sf, ) (Entered: 01/28/2011) |
| 01/28/2011 | | (Court only) ***Reopen Document 144 MOTION for Summary Judgment (lisad, ) Modified on 2/1/2011 (lisad, ). (Entered: 02/01/2011) |
| 01/31/2011 | 229 | MOTION to Dismiss *Unopposed Motion to Dismiss Defendant Eaton Aerospace LLC* filed by JOHN DELATTE, REBA DELATTE.Certificate of Service. (Attachments: # 1 Text of Proposed Order Proposed Order) (DAM, CASE) (Entered: 01/31/2011) |
| 02/01/2011 | 230 | NOTICE of Appearance by COREY LEE on behalf of GOODRICH CORPORATION with Certificate of Service(LEE, COREY) (Entered: 02/01/2011) |
| 02/03/2011 | 231 | MOTION to Dismiss *UNOPPOSED MOTION FOR DISMISSAL AS TO DEFENDANT YARWAY CORPORATION* filed by JOHN DELATTE, REBA DELATTE.Certificate of Service. (Attachments: # 1 Text of Proposed Order Proposed Order)(DAM, CASE) (Entered: 02/03/2011) |
| 02/03/2011 | 232 | ORDER THAT HEARINGS ON ALL PENDING OPPOSED MOTIONS, INCLUDING MOTIONS FOR SUMMARY JUDGMENT WILL BE HELD ON 2/22/11 AT 10:00AM IN COURTROOM 11A, ETC. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/29/11. )2/4/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 02/04/2011) |
| 02/09/2011 | 233 | MOTION to Dismiss *PLAINTIFFS UNOPPOSED MOTION FOR DISMISSAL AS TO DEFENDANT GOODRICH CORPORATION* filed by JOHN DELATTE, REBA DELATTE.Certificate of Service. (Attachments: |

| | | # 1 Text of Proposed Order Proposed Order)(DAM, CASE) (Entered: 02/09/2011) |
|---|---|---|
| 02/14/2011 | 234 | ORDER THAT THIS MATTER IS DISMISSED AS TO DEFT, EATON AEROSPACE LLC, ONLY. EACH PARTY IS TO BEAR THEIR OWN RESPECTIVE FEES AND COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/11/11. ) 2/14/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 02/14/2011) |
| 02/14/2011 | | (Court only) ***Motions terminated: 229 MOTION to Dismiss *Unopposed Motion to Dismiss Defendant Eaton Aerospace LLC* filed by JOHN DELATTE, REBA DELATTE. (gn, ) (Entered: 02/14/2011) |
| 02/14/2011 | | (Court only) *** Party EATON AEROSPACE LLC terminated., *** Attorney STEVEN A. EDELSTEIN terminated. (gn, ) (Entered: 02/14/2011) |
| 02/14/2011 | | (Court only) ***Motions terminated: 139 MOTION for Summary Judgment *and Memorandum of Law* filed by EATON AEROSPACE LLC. (gn, ) (Entered: 02/16/2011) |
| 02/16/2011 | 235 | ORDER THAT PLFF'S UNOPPOSED MOTION TO DISMISS FEFT, YARWAY CORPORATION, ONLY. THIS MATTER IS DISMISSED AS TO DEFT, YARWAY CORPORATION, ONLY. EACH PARTY TO BEAR THEIR OWN RESPECTIVE FEES AND COSTS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/15/11. ) 2/16/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 02/16/2011) |
| 02/16/2011 | | (Court only) ***Motions terminated: 231 MOTION to Dismiss *UNOPPOSED MOTION FOR DISMISSAL AS TO DEFENDANT YARWAY CORPORATION* filed by JOHN DELATTE, REBA DELATTE., *** Party YARWAY CORPORATION terminated., *** (gn, ) (Entered: 02/16/2011) |
| 02/16/2011 | | (Court only) *** Attorney CHRISTOPHER COLLINGS terminated. (gn, ) (Entered: 02/16/2011) |
| 02/18/2011 | 236 | NOTICE of Appearance by JAMES C. STROUD on behalf of CURTISS-WRIGHT CORPORATION with Certificate of Service(STROUD, JAMES) (Entered: 02/18/2011) |
| 02/18/2011 | 237 | ORDER THAT PLFFS' 161 MOTION TO DEPOSE IS DENIED. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/17/11. ) 2/18/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 02/18/2011) |
| 02/18/2011 | 238 | ORDER granting 233 MOTION TO DISMISS GOODRICH CORPORATION, ONLY. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/17/11.) 2/18/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 02/18/2011) |
| 02/18/2011 | 239 | NOTICE by CARRIER CORPORATION *of Compliance* (Attachments: # 1 Exhibit 1)(TURNER, HUGH) (Entered: 02/18/2011) |
| | | |

| 02/18/2011 | 240 | ORDER THAT DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, IN THE CASES LISTED IN "EXHIBIT A" ATTACHED, ARE GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/17/2011. 2/19/2011 ENTERED AND COPIES MAILED, E-MAILED. (aeg, ) (Entered: 02/19/2011) |
|---|---|---|
| 02/28/2011 | 241 | ORDER THAT THE 145 MOTION FOR SUMMARY JUDGMENT OF DEFT VIACOM, INC. IS GRANTED. IT IS FURTHER ORDERED THAT JUDGMENT IS ENTERED IN FAVOR OF DEFT VIACOM AND AGAINST PLFFS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/25/11.) 3/1/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 03/01/2011) |
| 02/28/2011 | | (Court only) *** Party VIACOM INC terminated., *** Attorney RICHARD M. LAUTH and FRANCES L. SPINELLI terminated. (gn, ) (Entered: 03/01/2011) |
| 02/28/2011 | 242 | ORDER THAT THE 146 MOTION FOR SUMMARY JUDGMENT OF DEFT BUFFALO PUMPS, INC. IS GRANTED. IT IS FURTHER ORDERED THAT JUDGMENT IS ENTERED IN FAVOR OF DEFT BUFFALO PUMPS, INC. AND AGAINST PLFFS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/25/11.) 3/1/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 03/01/2011) |
| 02/28/2011 | | (Court only) *** Party BUFFALO PUMPS INC terminated., *** Attorney SUSAN J. COLE and BRENDA GODFREY terminated. (gn, ) (Entered: 03/01/2011) |
| 02/28/2011 | 243 | ORDER THAT THE 147 MOTION FOR SUMMARY JUDGMENT OF DEFT IMO INDUSTRIES, INC. IS GRANTED. IT IS FURTHER ORDERED THAT JUDGMENT IS ENTERED IN FAVOR OF DEFT IMO INDUSTRIES, INC. AND AGAINST PLFFS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/25/11. ) 3/1/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 03/01/2011) |
| 02/28/2011 | | (Court only) *** Party IMO INDUSTRIES INC terminated., *** Attorney SUSAN J. COLE and BRENDA GODFREY terminated. (gn, ) (Entered: 03/01/2011) |
| 02/28/2011 | 244 | ORDER THAT THE 148 MOTION FOR SUMMARY JUDGMENT OF DEFT WARREN PUMPS LLC, IS GRANTED. IT IS FURTHER ORDERED THAT JUDGMENT IS ENTERED IN FAVOR OF DEFT WARREN PUMPS LLC AND AGAINST PLFFS. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/25/11. ) 3/1/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 03/01/2011) |
| 02/28/2011 | | (Court only) *** Party WARREN PUMPS LLC terminated., *** Attorney EVELYN FLETCHER DAVIS and JASON L. GROCH terminated. (gn, ) (Entered: 03/01/2011) |
| | | |

| 03/02/2011 | | (Court only) ***Motions terminated: 132 MOTION for Summary Judgment filed by CURTISS-WRIGHT CORPORATION, 133 MOTION for Summary Judgment filed by JOHN CRANE, 140 MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by GOODYEAR TIRE AND RUBBER COMPANY, 130 MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by FOSTER WHEELER ENERGY CORPORATION, 142 MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by PARKER-HANNIFAN CORPORATION, 137 MOTION for Summary Judgment filed by CRANE CO, 144 MOTION for Summary Judgment filed by ALFA LAVAL INC., 141 MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by MEGGITT AIRCRAFT BRAKING SYSTEMS CORPORATION, 131 MOTION for Summary Judgment *and Memorandum of Law in Support* filed by CARRIER CORPORATION, 134 MOTION for Summary Judgment filed by VIAD CORP, 135 MOTION for Summary Judgment filed by GOULDS PUMPS, 136 MOTION for Summary Judgment *Supporting Memorandum of Law and Statement of Uncontested Facts* filed by ELLIOTT TURBOMACHINERY CO INC, 93 MOTION to Strike *or Limit Plaintiffs' Experts DRS. Schonfeld and Venizelos, or, in the Alternative, for Relief from the November 12, 2010 Defense Expert Report Deadline and Supporting Memorandum of Law* filed by ELLIOTT TURBOMACHINERY CO INC, 138 MOTION for Summary Judgment filed by GOODRICH CORPORATION, 143 MOTION for Summary Judgment *and Memorandum of Law* filed by INGERSOLL-RAND COMPANY. (kp, ) (Entered: 03/02/2011) |
| 03/02/2011 | 245 | ORDER THAT THE MOTIONS LISTED IN EXHIBIT A ATTACHED ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/25/11.3/2/11 ENTERED AND COPIES MAILED AND E-MAILED.(lbc, ) (Entered: 03/02/2011) |
| 03/02/2011 | 246 | ORDER THAT THE FOLLOWING MOTIONS ARE DENIED AS MOOT AS THE DEFTS HAVE ALREADY BEEN DISMISSED FROM THIS CASE: (DOOC #85 AND DOC #92). ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/28/11. ) 3/3/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 03/03/2011) |
| 03/02/2011 | | (Court only) *** Party FOSTER WHEELER ENERGY CORPORATION, CARRIER CORPORATION and CURTISS-WRIGHT CORPORATION terminated., *** Attorney TANYA MICHELLE LAWSON; M. STEPHEN SMITH, III; JAMES C. STROUD; HUGH J. TURNER, JR; BROOKE LISA EHRLICH and MARTY FULGUEIRA ELFENBEIN terminated. (gn, ) (Entered: 03/03/2011) |
| 03/02/2011 | | (Court only) *** Attorney JAMES P. MURRAY; EDWARD J. BRISCOE and HELAINE S. GOODNER terminated. (gn, ) (Entered: 03/03/2011) |
| 03/30/2011 | 247 | ORDER THE COURT SUGGESTS THAT THE CASE SHOULD BE REMANDED TO THE USDC FOR THE NORTHERN IDSTRICT OF FLORIDA FOR RESOLUTION OF ALL MATTERS PENDING WITHIN THIS CASE EXCEPT PUNITIVRE DAMAGES. ( SIGNED BY |

|            |     | HONORABLE EDUARDO C. ROBRENO ON 3/28/11. ) 3/31/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 03/31/2011)                                                                                                                                                                                                                                                                 |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 04/05/2011 | 248 | NOTICE of Voluntary Dismissal by JOHN DELATTE, REBA DELATTE As To OWENS-ILLINOIS, INC.(DAM, CASE) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 4/6/2011 (md). (Entered: 04/05/2011)                                                                                                                                                                                             |
| 04/08/2011 | 249 | ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFT, OWENS-ILLINOIS, INC. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/7/11. ) 4/11/11 ENTERED AND COPIES MAILED, E-MAILED.(gn, ) (Entered: 04/11/2011)                                                                                                                                                                        |
| 04/08/2011 |     | (Court only) *** Party OWENS-ILLINOIS INC terminated., *** Attorney TRACY E. TOMLIN terminated. (gn, ) (Entered: 04/11/2011)                                                                                                                                                                                                                                                         |
| 04/11/2011 | 250 | Copy of Conditional Remand Order from the Judicial Panel on Multidistrict Litigation that all claims in the actions on this conditional remand order except the severed damages claims be remanded to their respective transferor courts: FL-N 1:08-206; NC-E 4:90-60; NC-W 4:94-66; SC-D 9:00-3042. (See Paper # 7817 in 01-md-875). (tjd) (Entered: 04/11/2011)                      |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA, PA 19106-1797

OFFICIAL BUSINESS

015H08811241
$01.13⁹
04/12/2011
Mailed From 19106
US POSTAGE

Hasler

U.S. DISTRICT COURT  FLN(1)
NORTHERN DISTRICT OF FLORIDA
ROBERT A. MOSSING, CLERK
243 FEDERAL BUILDING
401 S.E. FIRST AVENUE
GAINESVILLE, FL  32601-6805