IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN DELATTE, et al.,

    Plaintiffs,

vs.                                CASE NO.: 1:08-CV-206-SPM/GRJ

A. W. CHESTERTON COMPANY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Plaintiffs' Motion to Drop Defendant Hennessy Industries From Lawsuit (doc. 70) and Notice of Voluntary Dismissal Without Prejudice (doc. 76). Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1.     The Motion to Drop Defendant Hennessy Industries (doc. 70) is *granted*.

2.     This case is hereby *dismissed without prejudice*.

3.     The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this fourth day of May, 2011.

                                                      *s/ Stephan P. Mickle*
                                                      Stephan P. Mickle
                                                      Chief United States District Judge