**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

JOHN DELATTE, et al.,

      Plaintiffs,

vs.                                 Case No. 1:08cv206-SPM/GRJ

A.W. CHESTERTON COMPANY, et al.,

      Defendants.

_____/

<u>**ORDER DIRECTING PARTIES TO FILE JOINT REPORT**</u>

      Pursuant to an Order issued by the Judicial Panel on Multidistrict Litigation, this case has been remanded back to this Court.  Accordingly, all remaining parties shall have until January 30, 2011, to confer as required by Federal Rule of Civil Procedure 26(f), and shall file a joint report within 14 days thereafter.

      **SO ORDERED** this 3rd day of January, 2012.

                              *S/ Stephan P. Mickle*_____
                              Stephan P. Mickle
                              Senior United States District Judge